```
Court Name: United States District Court
Division: 1
Receipt Number: 14683050845
Cashier ID: sbrown
Transaction Date: 04/15/2015
Payer Name: CRAIG C REILLY ESQ

CIVIL FILING FEE
 For: CRAIG C REILLY ESQ
 Amount:         $400.00

CHECK
 Remitter: CRAIG C REILLY ESQ
 Check/Money Order Num: 11474
 Amt Tendered: $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:      $0.00

FILING FEE
215CV162
```