# EXHIBIT  C

US008839422B2

(12) **United States Patent** (10) **Patent No.:** **US 8,839,422 B2**

Ghosh et al. (45) **Date of Patent:** **Sep. 16, 2014**

(54) **VIRTUAL BROWSING ENVIRONMENT**

(75) Inventors: **Anup K Ghosh**, Centreville, VA (US);
**Sushil Jajodia**, Oakton, VA (US); **Yih
Huang**, Fairfax, VA (US); **Jiang Wang**,
Fairfax, VA (US)

(73) Assignee: **George Mason Research Foundation,
Inc.**, Fairfax, VA (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 565 days.

(21) Appl. No.: **12/827,203**

(22) Filed: **Jun. 30, 2010**

(65) **Prior Publication Data**

US 2011/0167492 A1     Jul. 7, 2011

**Related U.S. Application Data**

(60) Provisional application No. 61/221,749, filed on Jun.
30, 2009.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 21/00* | (2013.01) |
| *H04L 29/06* | (2006.01) |
| *G06F 9/54* | (2006.01) |
| *G06F 21/56* | (2013.01) |
| *G06F 21/53* | (2013.01) |

(52) **U.S. Cl.**
CPC    *G06F 9/54* (2013.01); *G06F 21/56* (2013.01);
*H04L 63/1483* (2013.01); *G06F 21/53*
(2013.01)
USPC ............................................ **726/22**; 713/188

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,211,871 | B1 * | 4/2001 | Himmel et al. | ............... 715/744 |
| 6,832,120 | B1 | 12/2004 | Frank et al. | |

| | | | | |
|---|---|---|---|---|
| 7,552,479 | B1 * | 6/2009 | Conover et al. | ................. 726/24 |
| 7,584,503 | B1 * | 9/2009 | Palmer et al. | ..................... 726/9 |
| 7,693,991 | B2 | 4/2010 | Greenlee et al. | |
| 7,840,801 | B2 | 11/2010 | Berger et al. | |
| 7,899,867 | B1 | 3/2011 | Sherstinsky et al. | |
| 7,979,889 | B2 | 7/2011 | Gladstone et al. | |
| 8,001,606 | B1 | 8/2011 | Spertus | |
| 8,078,740 | B2 | 12/2011 | Franco et al. | |
| 8,290,763 | B1 | 10/2012 | Zhang | |
| 8,468,600 | B1 | 6/2013 | Kaskel et al. | |
| 8,479,286 | B2 | 7/2013 | Dalcher et al. | |
| 8,572,735 | B2 | 10/2013 | Ghosh et al. | |

(Continued)

OTHER PUBLICATIONS

Huang, Yih; Stavrou, Angelos; Ghosh, Anup; Jajodia, Sushil; Effi-
ciently Tracking Application Interactions using Lightweight
Virtualization to Huang et al. Oct. 31, 2008; ACM; 9 pages.*

(Continued)

*Primary Examiner* — Gilberto Barron, Jr.
*Assistant Examiner* — Malcolm Cribbs

(57) **ABSTRACT**

An embodiment for providing a secure virtual browsing envi-
ronment includes creating a virtual browsing environment
with a virtualized operating system sharing an operating sys-
tem kernel of a supporting operating system and executing the
browser application within the virtual browsing environment.
Another embodiment includes receiving a website selection
within a browser application, determining if the website
selection corresponds to a secure bookmark, and creating a
second virtual browsing environment and executing the
browser application within the second virtual browsing envi-
ronment to access the website selection when the website
selection corresponds to a website specified as a secure book-
mark. Yet another embodiment includes monitoring opera-
tion of the operating system within the at least one virtual
browsing environment, determining when the operation of
the operating system includes potential malicious activity,
and terminating the virtual browsing environment when the
operation includes potential malicious activity.

**20 Claims, 12 Drawing Sheets**



US 8,839,422 B2

Page 2

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0008652 A1 | 1/2004 | Tanzella et al. | |
| 2004/0025158 A1 | 2/2004 | Traut | |
| 2004/0064735 A1 | 4/2004 | Frazier et al. | |
| 2004/0093372 A1 | 5/2004 | Chen et al. | |
| 2005/0160133 A1 | 7/2005 | Greenlee et al. | |
| 2006/0021029 A1 | 1/2006 | Brickell et al. | |
| 2006/0136720 A1 | 6/2006 | Armstrong et al. | |
| 2006/0168156 A1 | 7/2006 | Bae et al. | |
| 2006/0271661 A1 | 11/2006 | Qi et al. | |
| 2006/0294519 A1 | 12/2006 | Hattori et al. | |
| 2007/0044151 A1 | 2/2007 | Whitmore | |
| 2007/0079307 A1 | 4/2007 | Dhawan et al. | |
| 2007/0107058 A1 | 5/2007 | Schuba et al. | |
| 2007/0192866 A1* | 8/2007 | Sagoo et al. | 726/24 |
| 2007/0240212 A1 | 10/2007 | Matalytski | |
| 2007/0271610 A1 | 11/2007 | Grobman | |
| 2007/0289019 A1 | 12/2007 | Lowrey | |
| 2008/0016339 A1 | 1/2008 | Shukla | |
| 2008/0059556 A1 | 3/2008 | Greenspan et al. | |
| 2008/0082976 A1 | 4/2008 | Steinwagner et al. | |
| 2008/0141266 A1 | 6/2008 | Hunt et al. | |
| 2008/0244747 A1* | 10/2008 | Gleichauf et al. | 726/25 |
| 2008/0320594 A1 | 12/2008 | Jiang | |
| 2009/0044265 A1 | 2/2009 | Ghosh et al. | |
| 2009/0125902 A1 | 5/2009 | Ghosh et al. | |
| 2009/0158432 A1* | 6/2009 | Zheng et al. | 726/24 |
| 2009/0300739 A1 | 12/2009 | Nice et al. | |
| 2009/0328008 A1 | 12/2009 | Mital et al. | |
| 2010/0064039 A9 | 3/2010 | Ginter et al. | |
| 2010/0115621 A1* | 5/2010 | Staniford et al. | 726/25 |
| 2010/0122342 A1 | 5/2010 | El-Moussa et al. | |
| 2010/0122343 A1 | 5/2010 | Ghosh et al. | |
| 2010/0125903 A1 | 5/2010 | Devarajan et al. | |
| 2010/0138639 A1 | 6/2010 | Shah et al. | |
| 2010/0223613 A1 | 9/2010 | Schneider | |
| 2011/0047620 A1 | 2/2011 | Mahaffey et al. | |
| 2011/0099620 A1 | 4/2011 | Stavrou et al. | |
| 2012/0297457 A1 | 11/2012 | Schulte et al. | |
| 2013/0145463 A1 | 6/2013 | Ghosh et al. | |

OTHER PUBLICATIONS

Royal et al., PolyUnpack: Automating the Hidden-Code Extraction of Unpack-Executing Malware. Computer Security Applications Conference, 2006. ACSAC '06. 22nd Annual [online], Dec. 2006 [retrieved Apr. 4, 2014], Retrieved from the internet:< URL: http://ieeexplore.ieee.org/stamp/stamp.jsp?tp=&arnumber=4041175 >.*

Sapuntzakis, et al., "Virtual Appliances for Deploying and Maintaining Software," [online] (2003), ACM, pp. 1-15, Retrieved from the Internet.

Adabala et al, From virtualized resources to vitual computing grids: the In-VIGO system. [online] (Nov. 11, 2003), Elsevier, pp. 1-14. Retrieved from the Internet: <http://users.cis.fiu.edu/~zhaom/research/fgcs.pdf>.

Huang, Y. et al., "Efficiently tracking application interactions using lightweight virtualization," ACM, Oct. 31, 2008, 9 pages.

International Search Report and Written Opinion mailed Mar. 12, 2013 for International Application No. PCT/US2012/067311.

Office Action for U.S. Appl. No. 12/037,412, mailed Aug. 16, 2013.

Final Office Action for U.S. Appl. No. 12/037,412, mailed Apr. 23, 2012.

Office Action for U.S. Appl. No. 12/037,412, mailed Oct. 27, 2011.

Office Action for U.S. Appl. No. 12/059,454, mailed Feb. 2, 2011.

Final Office Action for U.S. Appl. No. 12/059,454, mailed Oct. 12, 2011.

Office Action for U.S. Appl. No. 12/558,841, mailed Apr. 3, 2012.

Office Action for U.S. Appl. No. 12/558,841, mailed Jan. 30, 2013.

Office Action for U.S. Appl. No. 12/757,675, mailed Aug. 2, 2012.

Office Action for U.S. Appl. No. 12/757,675, mailed May 15, 2013.

Office Action for U.S. Appl. No. 13/296,319, mailed Dec. 17, 2012.

Office Action for U.S. Appl. No. 13/296,319, mailed Sep. 5, 2013.

Office Action for U.S. Appl. No. 13/690,452, mailed Nov. 8, 2013.

Peterson et al., "A Flexible Containment Mechanism for Executing Untrusted Code," [online] (2002). University of California, pp. 207-225. Retrieved from the Internet: <http://mse.uk.distfiles.macports.org/sites/ftp.wiretapped.net/pub/security/development/secure-programming/peterson-et-al-2002-a-flexible-containment-mechanism-for-executing-untrusted>.

Ugurlu, "Stealth Sandbox Analysis of Malware," PhD Thesis, Bilkent University (Ankara, Turkey) [online], Published Aug. 2009 [retrieved on Feb. 7, 2013] Retrieved from the Internet <URL: http://www.thesis.bilkentedu.tr/0003921.pdf>.

* cited by examiner



**FIG. 1**



**FIG. 2**

U.S. Patent

Sep. 16, 2014

Sheet 3 of 12

US 8,839,422 B2



**FIG. 3**



VCA Installed on Computer
402
VCA Creates Virtual Computer based on Browsing Mode
404
Browser Application Initiated
406
VCCA Creates VBE and Executes Browser Application and Accesses Initial URL in VBE
408
Receive Desired Website to Display in Browser Application
410
412
Desired Website "Secure Bookmark"?
YES
NO
416
VCCA Creates New VBE and Executes Browser Application within New VBE
414
Browser Application in Existing VBE Accesses and Displays Desired Website
418
Browser Application in New VBE Accesses and Displays Desired "Secure Bookmark"
420
VCMA Monitors VBEs' Operation and Provides Operation to VCA
422
VCA Detects Malicious Activity based on Monitored Operation
424
VCA Terminates Virtual Computer, Creates New Virtual Computer, and Sends Detected Malicious Activity to CC

FIG. 4

U.S. Patent

Sep. 16, 2014

Sheet 5 of 12

US 8,839,422 B2



**FIG. 5**

U.S. Patent

Sep. 16, 2014

Sheet 6 of 12

US 8,839,422 B2

600

602

**Preferences**                                              ✕

- General
- Privacy
- Auto-Restore
- Infection Detection

Startup
☑ **Start in the background when Windows starts**

Default Browser
**Internet Cleanroom is currently your default browser**

**Set as default browser**

Help                                        OK    Cancel

604

**FIG. 6**

**FIG. 7**

U.S. Patent

Sep. 16, 2014

Sheet 7 of 12

US 8,839,422 B2



**FIG. 8**

U.S. Patent

Sep. 16, 2014

Sheet 9 of 12

US 8,839,422 B2



FIG. 9

U.S. Patent

Sep. 16, 2014

Sheet 10 of 12

US 8,839,422 B2

1000



| State | Browser | Status |
|-------|---------|--------|
| ⚪ | Internet Explorer | Good |

1002

Restore    Open Browser

1004              1006

FIG. 10

U.S. Patent

Sep. 16, 2014

Sheet 11 of 12

US 8,839,422 B2

**1100**

⬡ **Internet Cleanroom Alert**     ▭ ◻ ✕

# Infection Detected!

⬟ **Internet Cleanroom has detected a possible infection.  Please restore the browser to a clean state immediately.**

**Process:  cmd.exe**
**Website:  http://dslsrv.gmu.edu/exploits/aurora/aurora.html**

**Restore**

**1102**

**FIG. 11**

U.S. Patent

Sep. 16, 2014

Sheet 12 of 12

US 8,839,422 B2

**1200**




**Internet Cleanroom Desktop**



**An executable was downloaded:**

**FinalDataStandard2.0Demo[1].exe**

**If you did not intend to download this file, please restore the browser immediately**

**FIG. 12**

US 8,839,422 B2

1

**VIRTUAL BROWSING ENVIRONMENT**

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application claims priority to U.S. Provisional Application No. 61/221,749, filed on Jun. 30, 2009, entitled "Safe-Fox: A Safe Lightweight Virtual Browsing Environment," the entire content of which is hereby incorporated by reference.

STATEMENT REGARDING FEDERALLY
SPONSORED RESEARCH OR DEVELOPMENT

This invention was made with government support under Army contract #W31P4Q-07-C-0244 awarded by Defense Advance Research Projections Agency. The government has certain rights in the invention.

BRIEF DESCRIPTION OF THE SEVERAL
VIEWS OF THE DRAWINGS

FIG. **1** illustrates a system for providing a virtual browsing environment according to an aspect of an embodiment of the invention.

FIG. **2** illustrates a computer included in the system of FIG. **1**, according to one embodiment of the invention.

FIG. **3** illustrates a virtual browsing environment provided by the computer of FIG. **2**, according to an aspect of an embodiment of the invention.

FIG. **4** is a flow chart illustrating a method of providing a virtual browsing environment using the system of FIG. **1**, according to an aspect of an embodiment of the invention.

FIG. **5** illustrates a method of determining whether a desired website corresponds to a secure bookmark, according to an aspect of an embodiment of the invention.

FIG. **6** illustrates a user interface that allows a user to select preferences for a virtual browsing environment, according to an aspect of an embodiment of the invention.

FIG. **7** illustrates a user interface that allows a user to select a secure bookmark within a browser application executed within a virtual browsing environment, according to an aspect of an embodiment of the invention.

FIG. **8** illustrates a user interface that displays a secure bookmark within a browser application executed within a virtual browsing environment, according to an aspect of an embodiment of the invention.

FIG. **9** illustrates a user interface that displays a website within a browser application executed within a virtual browsing environment and displays a health monitor for the browser application, according to an aspect of an embodiment of the invention.

FIG. **10** illustrates a user interface that displays a health monitor of a browser application executed within a virtual browsing environment, according to an aspect of an embodiment of the invention.

FIG. **11** and FIG. **12** illustrate user interfaces that display alerts to a user regarding a browser application executed within a virtual browsing environment, according to an aspect of an embodiment of the invention.

DETAILED DESCRIPTION OF EMBODIMENTS

FIG. **1** illustrates a system **100** for providing a virtual browsing environment according to one embodiment of the invention. As described below, embodiments of the system **100** may provide a virtual browsing environment for executing a browser application on a computer. By executing the browser application within a separate virtual browsing environment, other applications, data, and modules of the computer may be protected from any malicious activity associated with the execution of the browser application. In addition, because in some embodiments only the browser application may be executed within the virtual browsing environment, malicious activity associated with the execution of the browser application may be easily detected.

As shown in FIG. **1**, the system **100** may include at least one computer **102**, at least one network **104**, and at least one collection computer ("CC") **108**. The computer **102** and the network **104** may be connected by a connection **106**, and the network **104** and the collection computer **108** may be connected by a connection **110**. The network **104** may include the Internet, a local area network, a wide area network, or combinations thereof. It should be understood that the network **104** may include one or more networks or communication systems, such as the Internet, the telephone system, satellite networks, cable television networks, and various other private and public networks. In addition, the connections **106** and **110** may include wired connections (such as wires, cables, fiber optic lines, etc.), wireless connections, or combinations thereof. Furthermore, although not shown, other computers, systems, devices, and networks may also be connected to the network **104**.

With continued reference to FIG. **1**, the collection computer **108** may receive data from the network **104** over the connection **110**. In some embodiments, the collection computer **108** may also send data to the network **104** or one or more computers or networks. The collection computer **108** may also include hardware, such as one or more memory modules, one or more processors, and one or more input/output modules. In addition, the collection computer **108** may include an operating system to manage the hardware. In some embodiments, the collection computer **108** may also include a database that stores data received from the network **104**. The data included in the database may be stored in computer's **108** one or more memory modules, and the data may be managed by a database management application. For example, the collection computer **108** may include a MySQL server running on a L.A.M.P. (Linux, Apache, mySQL, and PHP) stack or other web-based database server systems.

FIG. **2** illustrates the computer **102** of FIG. **1** according to one embodiment of the invention. It should be understood that the computer **102** may include a desktop computer, a laptop computer, a tablet computer, an electronic reading device (e.g., Amazon Kindle), a mobile telephone (e.g., Apple iPhone), a personal data assistant or any other device that may execute software applications. As shown in FIG. **2**, the computer **102** may include hardware **112**, such as one or more processors, memory modules, input/output modules, or combinations thereof. The one or more input/output modules may communicate with one or more input/output devices connected to the computer **102**, such as printers, scanners, monitors, networks (including the network **104**), external memory modules, etc. The memory modules may include one or more random-access memories, read-only memories, disks, application specific integrated circuits, programmable read-only memories, or combinations thereof. The memory modules may store data, applications, and combinations thereof. For example, the memory modules may include non-transitory computer readable mediums that store instructions, which perform particular functionality when executed by one or more processors included in the hardware **112**. For example, as shown in FIG. **2**, the computer **102** may also include a host operating system **114** that provides an interface between the hardware **112** and a user operating the computer **102**. The host

US 8,839,422 B2

3

operating system **114** may be stored in the one or more memory modules and may be executed on the one or more processors included in the hardware **112**. The host operating system **114** may include a well-known operating system, such as Microsoft Windows, Linux Redhat, UNIX, or Apple MacOS.

The host operating system **114** may include at least one host kernel **115**. The host kernel **115** may manage the communication between the hardware **112** and applications executed by the hardware **112**. For example, the host kernel **115** may provide inter-application communication, may manage data retrieved from and stored to the one or more memory modules included in the hardware **112** by the applications, and may manage data received from and output to the input/output modules included in the hardware **112**.

As shown in FIG. **2**, the host kernel **115** may include a virtual control application ("VCA") **116**. As described in more detail below, the host kernel **115** may use the virtual control application **116** to create and manage a virtual computer. Accordingly, the VCA **116** may provide virtualization functionality, such as that provided by Windows VMware workstation or player; Sun Microsystems VirtualBox; Parallels virtualization products, Xen virtualization products, or combinations thereof. The host kernel **115** may also include a shared preference directory **118**, which may store preferences for an application, such as a browser application.

It should be understood that the one or more memory modules included in the hardware **112** may store other applications besides those explicitly shown in FIG. **2**. In addition, the functionality provided by the applications stored in the one or more memory modules may be combined and distributed in various configurations. For example, the VCA **116** may be combined with other applications or may be distributed among several applications. The one or more memory modules may also store other data used by the host operating system **114** or other applications executed within the computer **102**.

In operation, as shown in FIG. **2**, the host kernel **115** may execute the VCA **116** to create a virtual computer **202**. The virtual computer **202** may include its own guest host operating system **203** with a guest kernel **204**. The guest operating system **203** and guest kernel **204** may operate similar to the host operating system **114** and host kernel **115**. This type of virtualization where a generally complete copy of an operating system is provided within a virtual computer is generally referred to as "full virtualization." Outside of the virtual computer **202**, the host operating system **114** may continue to interact and manage the hardware **112**, while the guest operating system **203** also may interact and manage the hardware **112**. Therefore, the virtual computer **202** may create a second, isolated computing environment within the computer **102**. Each computing environment may execute different applications, access data from different locations in a memory module or from different memory modules, provide different operating systems, or combinations thereof.

For example, in some embodiments, the host operating system **114** may include a Microsoft Windows operating system (e.g., Windows XP, Vista, 7) and the guest operating system **203** may include a Linux operating system (e.g., Redhat Enterprise Linux 5.3). Therefore, while the host operating system **114** may only execute applications designed for a Windows operating system, the guest operating system **203** may execute applications designed for a Linux operating system. In this situation, the shared preference directory **118** may be a Windows file but may be mapped to a Linux file or directory, which allows the guest operating system **203** to

4

access and manipulate the shared preference directory **118** although it is part of the generally non-compatible host operating system **114**.

As mentioned above, creating the virtual computer **202** may provide isolation between computing performed within the virtual computer **202** and computing performed outside the virtual computer **202** through the host operating system **114**. For example, the virtual computer **202** may be unaware of any computing performed outside of the virtual computer **202**. Accordingly, an application executed within the virtual computer **202** generally cannot access an application executed outside the virtual computer **202**. For example, in some embodiments, the only portion of the host operating system **114** visible to and accessible by the guest operating system **203** is the shared preference directory **118**. Therefore, the guest operating system **203** may not access or modify the host operating system **114** except for the shared preference directory **118**. This restriction may limit the access of a malicious or compromised guest operating system **203** to only the shared directory and may prevent any malicious activity occurring within the virtual computer **202** from compromising the host operating system **114** and infecting the entire computer **102**.

As shown in FIG. **2**, the guest kernel **204** may include a virtual computer control application ("VCCA") **205** and a virtual computer monitor application ("VCMA") **206**. The VCCA **205** may manage the operation of the virtual computer **202**. For example, as shown in FIG. **2**, the VCCA **205** may create one or more virtual browsing environments ("VBEs") **208** (e.g., VBE **1** **208**a, VBE **2** **208**b, and VBE **3** **208**c). Once created, the VCMA **206** may monitor the operation of each VBE **208** and may report each VBE's operation to the VCA **116**. To create a VBE **208**, the VCCA **205** may use one or more virtualization modules or applications, such as OpenVZ, UnionFS patches, Solaris Zones, BSD Jail, or combinations thereof.

FIG. **3** illustrates a VBE **208** according to one embodiment of the invention. As shown in FIG. **3**, the VBE **208** may include a virtualized operating system **300** (e.g., CentOS Linux 5.3). Rather than including a complete operating system with a kernel, the virtualized operating system **300** may share the guest kernel **204** of the guest operating system **203**. Creating a virtual environment that shares a kernel from another operating system is often referred to as "lightweight" virtualization. Lightweight virtual environments generally operate like full virtual environments (e.g., the virtual computer **202**), but generally require less overhead due to the shared kernel. However, because the VBE **208** and the virtual computer **202** share the same kernel (i.e., the guest kernel **203**), in some embodiments, the VBE **208** generally executes the same or a version of the same operating system as the virtual computer **202**.

Each VBE **208** may execute a browser application **304**. In some embodiments, the browser application **304** may be stored in the one or more memory modules included in the hardware **112** and may be executed by the one or more processors included in the hardware **112**. The browser application **304** may send and receive data from the network **104** and may present at least received data to a user. For example, the browser application **304** may be used to access a website available over the network **104** (e.g., the Internet) and display the contents of the website to a user. The browser application **304** may include a well-known browser application, such as Microsoft Internet Explorer, Mozilla Firefox, Google Chrome, or Apple Safari. The preferences stored in the shared preference directory **118** for the browsing application may include browsing history, bookmarks, secure bookmarks (as

US 8,839,422 B2

5

described below with respect to FIG. 4), cookies, passwords, add-ons, personal information, etc.

In some embodiments, configuration files of the browser application **340** may be modified. For example, the browser application **340** may be configured to use a specific proxy, such as the web application **502** described below with respect to FIG. **5**. In addition, as also described below, in some embodiments, the browser application **340** may be executed in different modes and each mode may be configured differently. For example, in some modes, the browser application **340** may be configured to import user preferences stored in the shared preference directory **118** and in another mode the browser application **340** may be configured to operate without importing user preferences from the shared preference directory **118**.

In some embodiments, each VBE **208** may be assigned its own process namespace, internet protocol ("IP") address, and file system. For example, as shown in FIG. **3**, the virtualized operating system **300** may include a stacked file system **302**. The stacked file system **302** may provide a file system accessible by applications executed within the VBE **208** (e.g., the browser application **304**). The whitepaper titled "Efficiently Tracking Application Interactions using Lightweight Virtualization" authored by Yih Huang, Angelos Stavrou, Anup K. Ghosh, and Sushil Jajodia, the entire contents of which is herein incorporated by reference, describes a method of creating a stacked file system for lightweight virtual environments. As described in this whitepaper, initially, a read-only template of a VBE **208** may be created (e.g., upon installation of the VCA **116**, the VCCA **205**, or combinations thereof). The read-only template may include a copy of an application or applications that will be executed within the VBE **208**. In some embodiments, rather than creating a separate physical copy of the data and applications, the read-only template may only include a mapping to the data and applications already stored in the computer's **102** hardware **112**. For example, the read-only template may include a copy of or a mapping to the binary code and libraries for the browser application **304**.

When a VBE **208** is created, a daemon or application (e.g., a Perl script) included in the VCCA **205** may construct a new stacked file system for the new VBE **208** by creating a writeable copy of the read-only template (i.e., a writable layer). In some embodiments, the daemon may use UnionFS functionality to create the stacked file system. The writable layer may be associated with the newly-created VBE **208** and may be mounted as the root of the file system for the new VBE **208**. As mentioned above, rather than including separate physical copies of the data and applications included in the read-only template, the writable layer may include mappings to the copied data and applications. This mapping further may reduce the amount of memory needed even when multiple VBEs **208** are created.

The application included in the VCCA **205** may also allocate to each new VBE **208** an IP address. As described in detail below, in some embodiments, the browser application **304** executed with in a VBE **208** may be executed in various browsing modes. Depending on the browsing mode of the browser application **304** to be executed within the new VBE **208**, the VCAA **205** may modify the creation of the new VBE **208**. For example, when a new VBE **208** is created for a master mode browser application **304**, the VCCA **205** may assign the new VBE **208** a predetermined fixed IP address. However, when the VCCA **205** creates new VBEs **208** in other operating modes, the VCCA **205** can dynamically assign IP addresses to the new VBEs **208**. A new VBE **208** can use the domain name server ("DNS") table from the guest

6

operating system **203**, or a new VBE **208** can use an arbitrary "trusted" DNS service, such as Open DNS, to provide additional security.

After assigning a new VBE **208** an IP address, the application within the VCCA **205** can boot up the new VBE **208**, execute the browser application **304** within the VBE **208**, and project the browser application **304** window or output to a display output of the computer **102**. In some embodiments, the application within the VCCA **205** that creates new VBEs **208** can be associated with the browser application **304** (e.g., with an icon or program selection accessible by a user to initiate the browser application **304**) so that execution of the browser application **304** triggers the execution of the application.

After a new VBE **208** is created and an application is executed with the VBE **208** (e.g., the browser application **304**), if the application wants to write data to its stacked file system **302**, a copy-on-write ("COW") operation within the stacked file system **302** can create a new version of the file in the writable layer. This new version of the file can then be used by the VBE **208** for later reads and writes of that particular file. Accordingly, although VBEs **208** can start in generally the same state as the read-only file template (except for an IP address), the stacked file systems **302** of each VBE **208** can drift apart over time as applications executed within each VBE **208** modify their respective stacked file systems **302**.

With continued reference to FIG. **3**, the VBE **208** may execute the browser application **304**. In some embodiments, depending on a browsing mode set for the VBE **208**, the VCCA **205** may load preferences into the browser application **304** from the shared preference directory **118**. The browser application **340**, the VBE **208**, the VCCA **205**, or combinations thereof may also update or store preferences to the shared preference directory **118** based on the operation of the browser application **304** (e.g., if a user adds a new bookmark or accesses a new website).

As shown in FIG. **3**, the browser application **304** may include or be associated with a browser helper application **306**. The browser helper application **306** may be stored in one or more memory modules included in the hardware **112** and may be executed by one or more processors included in the hardware **112**. In some embodiments, the browser helper application **306** may be stored as part of the browser application **304**, as a separate application, or a combination thereof. As described below with respect to FIG. **4**, the browser helper application **306** may monitor the operation of the browser application **304** and may provide information about the application's operation to the VCMA **206**. For example, the browser helper application **306** may record websites accessed by the browser application **304**, data downloaded by the browser application **304**, data output by the browser application **304**, data stored in the stacked file system **302** by the browser application **304**, applications executed by the browser application **304**, inter-process communications between the browser application **304** other applications executed within the computer **102**, the virtual computer **202**, or the VBE **208**, and any attempts to do any of the foregoing.

It should be understood that in some embodiments the virtual computer **102** is not needed and the one or more VBEs **208** may be directly created by the host operating system **114**. For example, in some embodiments, the VCA **116** may include the functionality of the VCCA **205** and the VCMA **206** and may be executed by the host kernel **114** of the host operating system **115** to create one or more VBEs **208** directly within the computer **102**. Rather than sharing the guest kernel **204** as described above, the VBEs **208** created directly within

US 8,839,422 B2

7

the computer **102** may share the host kernel **115**. For example, in some embodiments, the virtual computer **202** may be used to create a Linux virtual computing environment within a Windows-based operating system. The Linux virtual computing environment allows Linux-based light virtualization to be performed to create and manage the VBEs **208**. However, if the host operating system **114** of the computer **102** is a Linux operating system, the virtual computer may be eliminated because the Linux-based light virtualization may be directly performed by the Linux host operating system. In addition, if Windows-based light virtualization is instead used to create and manage the VBEs **208** and the host operating system **114** is Windows-based, no separate virtual computer may be needed in order to use the Windows-based lightweight virtualization. In this regard, the virtual computer **202** may be used whenever the virtualization used to create the VBEs **208** is not supported by the host operating system **114** of the computer **102**.

Accordingly, as used throughout the present specification, a VBE **208** may be described as sharing the kernel from the operating system "supporting" the VBE **208**. Therefore, when a VBE **208** is created within the virtual computer **202**, the guest operating system **203** may "support" the VBE **208** and the VBE **208**, therefore, may share the guest kernel **204** of the "supporting" guest operating system **203**. Similarly, when a VBE **208** is created directly within the computer **102**, the host operating system **114** may "support" the VBE **208** and the VBE **208**, therefore, may share the host kernel **115** of the "supporting" host operating system **114**.

FIG. **4** illustrates a method of providing a virtual browsing environment performed by the system **100** according to one embodiment of the invention. It should be understood that the method illustrated in FIG. **4** may include more or less steps than those illustrated. The illustrated method may also be distributed among multiple methods or may be included as part of a larger method. Also, the method of FIG. **4** should not be construed as limiting the order, number, omission, addition, or other variation of the individual steps illustrated. As shown in FIG. **4**, the VCA **116** may be initially installed on the computer **102** (at **402**). It should be understood that the VCA **116** may be installed on the computer **102** from a computer-readable medium, such as a disk or drive, or over a network, such as the network **104**. In some embodiments, when the VCA **116** is installed, a browsing mode may be set. For example, the browsing mode may be set to a master mode, a secure-bookmark mode, or a private mode. In some embodiments, a user may be prompted to set the browsing mode by selecting preferences upon installation or initiation of the VCA **116** (e.g., using a selection mechanism, such as a check box, a button, a toggle box, a drop-down menu, etc.). The VCA **116** may also include a default browsing mode that may be used if a user does not specify a particular browsing mode.

Once the VCA **116** is installed, the VCA **116** creates the virtual computer **202** upon boot-up on the browsing mode (at **404**). As described above with respect to FIG. **2**, the virtual computer **202** may include the guest operating system **203**, the guest kernel **204**, the VCCA **205**, and the VCMA **206**, or combinations thereof. As also described above, in some embodiments, the guest operating system **203** may be different from the host operating system **114** of the computer **102**. For example, the host operating system **114** may include a Microsoft Windows-based operating system and the guest operating system **203** may include a Linux-based operating system.

In some embodiments, the VCA **116** may create the virtual computer **202** upon boot-up of the computer **102**. The VCA **116** may also create or build a "snapshot" of the virtual computer **202** upon its boot-up or initiation. The "snapshot"

8

may be based on the read-only template included in the virtual computer **202**, as described above. "Snapshots" are well-known in the computer industry and may be used to capture particular information about a currently-executing application, which may allow the application to be quickly restored to the captured state at a later point without having to restart the application from scratch. The UnionFS file system service for Linux may provide snapshot functionality. Accordingly, the VCA **116** may use the "snapshot" of the virtual computer **202** to quickly restart the virtual computer **202** at a later time, such as after it is terminated due to the detection of malicious activity (described below). It should be understood that if the one or more VBEs **208** are created directly in the computer **102** as described above, there may be no need to create the virtual computer **202** at **404**.

After the virtual computer **202** is created and a browser application **304** is initiated (e.g., by a user or by another application) (at **406**), the VCCA **205** may create a VBE **208**, execute the browser application **304** within the VBE **208**, and access an initial URL with the browser application **304** (at **408**). In some embodiments, upon the VBE's **208** creation, the VCA **116** may capture a "snapshot" of a VBE **208**. The "snapshot" may capture the VBE **208** with a "pristine" operating system before any potential malicious activity has occurred based on the user's operation of the browser application **304** within the VBE **208**. As described above, a "snapshot" may be used to quickly restore an application to the captured state without having to completely restart the application from scratch. Therefore, the "snapshot" may allow the VCA **116** to quickly restore or create a new VBE **208**, such as after a previous VBE **208** was terminated due to the detection of malicious activity (described below). It should be understood that the "snapshot" of the virtual computer **202** and the "snapshot" of the "pristine" VBE **208** may be combined in a single "snapshot." Additionally, if a virtual computer **202** is not used, the VCA **116** may just take a "snapshot" of the "pristine" VBE **208**.

In some embodiments, the functionality of the browser application **304** executed within the VBE **304** may be modified based on a browsing mode. For example, if a browsing mode is set to a "master" mode, the browser application **304** executed within the VBE **208** may support many typical functions of a browser application **304** running directly on the computer **102**. Accordingly, the browser application **304** may be imported with browsing preferences from the shared preference directory **118**, such as browsing history, cookies, passwords, bookmarks, personal information, etc. In "master" mode, the browser application **304** may also store preferences to the shared preference directory **118**, such as browsing history, bookmarks, cookies, passwords, add-ons, etc.

If the browsing mode is set to a "private" mode, the browser application **304** may be executed within the VBE **208** without importing any preferences from the shared preference directory **118** and without storing any new preferences to the shared preference directory **118**. Therefore, the browser application **304** may be initiated and executed in an "anonymous" state where generally no personal data about the user interacting with the browser application **304** is accessible by the browser application **304**. In some embodiments, a user may execute a browser application **304** in a "private mode" by selecting an icon or a program associated with separate browser application **304** configured to operate only in a "private mode." In other embodiments, an icon may be included and displayed within the browser application **340** that a user may click or select in order to activate an instance of the browser application **340** in "private mode." The new "private mode" instance may be included in or take the place of the

**9**

current browser application **340** instance, may be created as a separate instance from the current browser application **340**, or both.

If the browsing mode is set to a "secure-bookmark" mode, the functionality of the browser application **304** may be limited to accessing and interacting with a "secure bookmark." For example, as mentioned above, the shared preference directory **118** may store uniform resource locators ("URLs") associated with pre-configured websites specified as "secure bookmarks." A user may set a website where he or she interacts with (e.g., provides, retrieves, views, etc.) secure information (e.g., an online banking website), as a "secure bookmark." In some embodiments, a user may use a selection mechanism, such as a button or icon, a drop-down menu, or a check box, to set a website currently displayed in a browser application **304** as a "secure bookmark." The user may also type the URL of a website into a secure bookmark management interface, similar to bookmark management interfaces typically provided in browser applications, to set a particular URL as a "secure bookmark."

When the browser application **304** is executed in the "secure-bookmark" mode, the navigation tools of the browser application (e.g., the address line, a bookmark drop-down menu, a history menu, a previous and next selection mechanism, etc.) may be set to read-only, disabled, or removed from the browser application **304**, which prevents a user from redirecting the browser application **304** to a different website. In some embodiments, the "secure-bookmark" mode browser application **304** may also be programmed to only access a predetermined set of websites (e.g., based on the "secure bookmark" website's per-service information and policy), which prevents the user from clicking on a link within a "secure bookmark" website and redirecting the browser application **304** to another (potentially un-secure) website. By limiting the functionality of the browser application, the "secure-bookmark" mode may provide enhanced security for accessing sensitive websites. For example, a user may use the "secure-bookmark" mode when performing secure transactions, such as online banking and shopping. The limited functionality of the browser application **304** may also prevent other browser instances or other websites from spying or interfering with the user's transactions. In addition, in some embodiments, a separate directory in the shared preference directory **118** may be created (e.g., by the browser application **304**; the VBE **208**; the VCCA **205**, such as a daemon or application executed within the VCCA **205**; the VCA **116**; or combinations thereof) and associated with each web site designated as a "secure bookmark." The separate directory may store preferences and other metadata associated with each "secure bookmark" website, such as passwords, account numbers, usernames, etc. In some embodiments, each separate directory may only be accessed when the browser application **304** is operated in a "secure-bookmark" mode and when the browser application is accessing the "secure bookmark" associated with the separate directory.

The browser application's download and upload functionality may also be limited to provide enhanced computer security in one or all of the browsing modes described above. For example, in a "private" mode, the browser application **304** may prohibit all file uploads or downloads. Similarly, in a "master" or "secure-bookmark" mode, the browser application **304** may allow downloads and/or uploads but may restrict the type or storage location of files uploaded and/or downloaded. For example, in a "master" mode or "secure-bookmark" mode, the browser application **304** may prevent any executable files from being uploaded or downloaded and

**10**

may limit file downloads or uploads to non-system file folders or location, non-program file folders or location, and/or the "desktop" file folder.

The number of instances of each mode of the browser application that may be executing at the same time on the computer **102** or within the virtual computer **202** may be limited. For example, in some embodiments, there may be only one instance of a "master" mode browser application **304** running at one time. Therefore, if a user initiates a "master" mode browser application **304** (e.g., clicks on an icon associated with the browser application **304**) while a "master" mode browser application **304** is already running, a new tab may be opened within the running "master" mode browser application **304** rather than initiating another execution thread or process of the browser application **304**. In contrast, in some embodiments, a user may initiate multiple "private" mode browser applications or "secure-bookmark" mode browser applications, and each "private" or "secure-bookmark" mode browser application **304** may be initiated and executed within a separate VBE **208**. Each browser application mode may be visually distinguishable from the other modes in order to identify the browsing mode of a particular browser application to a user.

In some embodiments, the browsing mode may be based on how the browser application **304** is initiated on the computer **102**. For example, if a user or another application initiates the browser application **304** with a specified initial URL (e.g., by clicking on a website link within an electronic document displayed by the computer **102**, selecting a save website shortcut stored on the computer **102**, etc.), the VCCA **205** may decide a browsing mode based on whether the specified URL corresponds to a "secure bookmark." If the specified URL corresponds to a "secure bookmark," the VCCA **205** may execute the browser application **304** in a "secure-bookmark" mode and may access the specified initial URL. If the specified URL does not correspond to a "secure bookmark," the VCCA **205** may execute the browser application **304** in either a "master" mode or a "private" mode (e.g., depending on which mode as been specified by a user or is set as a default mode) and may access the specified initial URL. Alternatively, if a user or another application initiates the browser application **304** without specifying a particular initial URL (e.g., by clicking on a browser application icon on the desktop of the computer **102**), the VCCA **205** may execute the browser application **304** in either a "master" mode or a "private" mode (e.g., depending on which mode as been previously selected by a user or is set as a default mode) and may access an initial default or "home" URL.

Returning to FIG. **4**, after the browser application **304** is executed within the VBE **208** and the browser application **304** accesses the initial URL (either a specified initial URL or a default or "home" URL) (at **408**), the VCMA **206** may monitor the VBE's behavior and provides information about the VBE's behavior to the VCA **116** (at **420**). This functionality is described in detail below. However, as shown in FIG. **4**, after the browser application **304** accesses the initial URL (at **408**), the browser application **304** may receive a desired website to access and display (at **410**). For example, after an initial website is displayed, a user may specify a desired website in various ways, such as by typing a URL in an address line of the browser application **304**, clicking on a link within the currently displayed website in the browser application **304**, or selecting a website from a drop-down menu (e.g., a favorites menu, a history menu, etc.) (e.g., see FIG. **7**). When a desired website is specified, the VCCA **205** may determine whether the desired website corresponds to a "secure bookmark" (at **412**).

US 8,839,422 B2

11

12

In some embodiments, the VCCA **205** may determine whether the desired website corresponds to a "secure bookmark" by comparing the specified desired website to a file of URLs previously set as "secure bookmarks." For example, as described above, the shared preference directory **118** may store URLs associated with pre-configured websites specified as "secure bookmarks." If the desired website does not correspond to a URL specified in the shared preference directory **118** as a "secure bookmark" (at **412**), the browser application **304** in the existing VBE **208** may access and display the desired website (at **414**).

If, however, the desired website corresponds to a URL specified in the shared preference directory **118** as a "secure bookmark" (at **412**), the VCCA **205** may create a new VBE **208** and may execute the browser application **304** within the new VBE **208** (at **416**). As described above, the VBE **208** may execute the browser application **304** in a "secure-bookmark" mode, which modifies the navigation tools of the browser application **304** and access a separate directory in the shared preference directory **118** that stores preferences and other metadata associated with the desired "secure bookmark." Once the VBE **208** executes the browser application **304** within the new VBE **208**, the browser application **304** may access and display the desired "secure bookmark" (at **418**).

FIG. **5** illustrates in more detail a process for determining whether a desired website corresponds to a "secure bookmark" according to one embodiment of the invention. As shown in FIG. **5**, instances of the browser application **304** (e.g., a "master" mode browser application instance **500** and a "non-master" mode browser application instance **501**) may generate URL requests. In some embodiments, however, a secure bookmark may only be specified from within a master mode browser application instance. For example, in a "private" mode, no browsing preferences, such as any previously-specified "secure bookmarks" may be imported into the browser application instance. Similarly, in a "secure-bookmark" mode, the navigation tools of the browser application may be disabled, which includes the ability to enter a new URL in the address line or choose a website from a menu of bookmarks or secure bookmarks. Accordingly, as shown in FIG. **5**, URL requests from browser application instances may be categorized as either requests from "master" mode browser application instances, which may include requests to access a "secure bookmark," and requests from "non-master" mode browser application instances, which generally cannot include requests to access "secure bookmark."

As shown in FIG. **5**, the browser application instances **500** and **501** may interact with a web application **502** (e.g., a Squib web proxy). In some embodiments, the web application **502** may be included in the VCCA **205**. Transmission control protocol ("TCP") connections not using the proper web application **502** port (e.g., port **3128**) may be blocked by one or more firewalls provided by the host or supporting operating system, which may be inaccessible and invisible for processes executing inside the VBEs **208**. In some embodiments, if the proxy settings of an instance of the browser application **304** are modified, either by a user or by another application (e.g., malware), the browser application instance may be blocked from reaching the network **104**.

The web application **502** may support a feature called URL-rewrite. When this feature is enabled, the web application **502** may forward each URL request to a URL rewriter application **504**. The rewriter application **504** may check the origin of the URL request. If the request does not originate from a "master" mode browser application instance **500** (e.g., from a predetermined, fixed IP address that is generally always assigned to a "master" mode browser application

instance) but rather comes from a "non-master" browser application instance **501**, the rewriter application **504** may return a rewritten URL (e.g., the originally requested URL) to the web application **502**, which may obtain the contents of the requested URL and forward the contents to the "non-master" browser application instance **501**. It should be understood that in some embodiments, the web application **502** may also be configured to determine whether a URL request comes from a "private" mode browser application instance or a "secure-bookmark" mode browser application instance if these instances are configured to allow a secure bookmark to be selected or accessed.

When the URL request originates from a "master" mode browser application instance **500**, the rewriter application **504** may determine if the requested URL corresponds to a "secure bookmark." In particular, as described above, the rewriter **504** may determine if the requested URL corresponds with a URL stored in the shared preference directory **118** that is specified as a "secure bookmark." If the requested URL doesn't correspond with a previously-specified "secure bookmark," the rewriter application **504** may return a rewritten URL (e.g., the originally requested URL) to the web application **502**, which may obtain the contents of the requested URL and may forward the contents to the "master" mode browser application instance **500**.

If, however, the URL request from the "master" mode browser application instance **500** corresponds to a previously-specified "secure bookmark," the rewriter application **504** may return a rewritten URL to the web application **502**. The rewritten URL may redirect the "master" mode browser application instance **500** making the request to a website or message indicating that a new "secure-bookmark" mode browser application instance has been launched for a requested "secure bookmark." In some embodiments, the rewritten URL may be served by a local web computer or server (e.g., a tiny hypertext transfer protocol web server).

As shown in FIG. **5**, if the URL request from the "master" mode browser application instance **500** corresponds to a previously-specified "secure bookmark," the rewriter application **504** may also send the requested "secure bookmark" URL to a backend application or daemon **506**. The daemon application **506** may be included in the VCCA **205**. Upon receiving the secure bookmark URL, the daemon application **506** may invoke an application or script that creates a new VBE **208** within the virtual computer **202** and specifies the requested "secure bookmark" URL as the initial URL to access (e.g., as an input parameter). As described above, the browser application instance running with the new VBE **208** may be a "secure-bookmark" mode browser application instance, which may be assigned a different IP address than a "master" mode browser application instance.

To access the "secure bookmark," the "secure-bookmark" mode browser application instance executed with the new VBE **208** may send the requested URL to the web application **502**, which may forward the request to the rewriter application **504**. However, because the requesting instance is a "secure-bookmark" mode browser application instance (i.e., a "non-master" browser application instance) rather than a "master" mode browser application instance, the rewriter application **504** may not determine whether the requested URL corresponds to a secure bookmark, but may simply return a rewritten URL (e.g., the originally requested URL) to the web application **502**. The web application **502** may use the returned URL to obtain the contents of the requested URL and forward the contents to the "secure-bookmark" mode browser application instance executing within the new VBE **208**.

US 8,839,422 B2

13

14

Returning to FIG. **4**, after a browser application **304** executing within a VBE **208** accesses a website (e.g., the initial URL at **408**, the desired non-secure-bookmark website at **414**, or the desired secure bookmark website at **418**), the VCMA **206** may monitor the behavior or operation of each VBE **208** and may provide information about the operation of each VBE **208** to the VCA **116** (at **420**). The information about each VBE's operation may include the websites accessed by the browser application **304** and the browser application's interaction with the guest operating system **203**. For example, the VCMA **206** may monitor and keep track of when the browser application **304** downloads one or more files, uploads one or more files, executes or attempts to execute another application, attempts to communication with other applications within the VBE **208**, accesses or attempts to access a particular application or particular data stored within the memory modules of the hardware **112**, attempts to contact other computers connected to the computer **102** over at least one network, etc. As described above with respect to FIG. **3**, the browser application **304** executed within each VBE **208** may include a browser helper application **306**. The browser helper application **306** may collect all or a portion of the operational information provided to the VCMA **206**, and ultimately provided to the VCA **116**. For example, the browser helper application **306** may keep track of each URL accessed by the browser application **304**. In some embodiments, the browser helper application **306** may store the URLs accessed by the browser application **304** to the shared preference directory **118** in addition to or in place of providing this information to the VCMA **206**. The VCA **116** may then access the URL information from the shared preference directory **118** when the VCA **116** needs the information.

The VCA **116** may use the information about each VBE's operation to determine whether the operation of a particular VBE **206** indicates that potential malicious activity is occurring within the VBE **208** (at **422**). Because in some embodiments the browser application **304** is the only application executed within a particular VBE **208**, the VCA **116** may use the information about a VBE's operation to determine whether the operation is consistent or inconsistent with the normal operations of a browser application **304**. For example, the VCA **116** may be configured with a set of "normal" interactions between a browser application and an operating system, set as caching data and creating and managing cookies. If the operation occurring with a particular VBE **208** is something other than these identified "normal" interactions, the VCA **116** may flag the operation or interaction as potential malicious activity.

Therefore, the isolation and specialized use of a VBE **208** may allow the VCA **116** to easily detect potential malicious activity. In particular, when a browser application **304** is executed directly within the computer **304** rather than within a virtual environment (e.g., a VBE **208**), the "normal" operations requested of and performed by the computer's host operating system **114** may include many types of operations. For example, the host operating system **114** may execute multiple executable files, may store a file or data, may access one or more files or data, may modify a system file associated with the operating system, etc. This large range of "normal" operation occurs because many different applications may be simultaneously executed by the host operating system **114** within the computer **102**. However, because the sole application executed with the VBE **208** may be the browser application **304**, the types of "normal" or legitimate operations may be more limited, which may make it easier to detect potential malicious activity or operation.

In addition, if the VCA **116** detects potential malicious activity, the VCA **116** may terminate and automatically restore virtual computer **202**, one or more VBEs **208**, one or more instances of the browser application **304**, or combinations thereof, (at **424**) which kills the potential malicious activity before it may cause damage. This type of termination generally cannot be efficiently performed at the computer-level for each potential malicious activity because it would require termination and rebooting of the entire computer **102**. Accordingly, using the VBEs **208** to execute the browser application **304** may allow the VCA **116** to better detect potential malicious activity and may allow the VCA **116** to react quickly and efficiently without requiring a reboot of the entire computer **102**. Therefore, even if the potential malicious activity isn't truly malicious, the VCA **116** hasn't required a user to completely reboot the computer **102** but has only required the user to create a new VBE **208** and execute a new instance of the browser application **304** within the new VBE. In addition, as described above, in some embodiments, the VCA **116** may use a "snapshot" of the virtual computer **202** and/or a "snapshot" of a "pristine" VBE **208** to further increase the speed and efficiency of creation a new virtual computer **202** and/or a new VBE **208** quickly after the VCA **116** detected potential malicious activity and terminated these components.

As described below with respect to FIGS. **11** and **12**, in some embodiments, the VCA **116** may only terminate and restore the virtual computer **202**, one or more VBEs **208**, one or more instances of the browser application **304**, or combinations thereof if the user manually requests the termination. In other embodiments, the VCA **116** may automatically terminate one or more components of the computer **102** after it detects potential malicious activity either immediately or after a predetermined amount of time. In addition, the VCA **116** may be set to automatically terminate one or more components of the computer **102** after a predetermined time period regardless of whether potential malicious activity has been detected. For example, the VCA **116** may automatically terminate the virtual computer **202** and/or a VBE **208** if the component has been active for more than predetermined amount of time (e.g., 1 to 5 hours).

In some embodiments, after terminating one or more components of the computer **102** due to potential malicious activity, the VCA **116** may also collect information about the potential malicious activity and send the information to the collection computer **108** (at **424**). The collected information may include one or more URLs where the potential malicious activity potentially originated from. The VCA **116** may obtain the one or more URLs associated with the detected potential malicious activity based on the information gather by the browser helper application **306**. If a browser application instance accesses one URL at a time, the VCA **116** may time-correlate the particular URL associated with the detected malicious activity. However, if multiple instances or windows of a browser application **304** are executing simultaneously, the VCA **116** may perform time-correlation heuristics to correlate the potential malicious activity to one or more potential URLs accessed approximately at the same time the potential malicious activity occurred. For example, assume a user accessed the following emails at the following time: www.goosite.com (11:29 a.m.); www.badsite.com (11:30 a.m.); and www.other.com (11:32 a.m.). If the VCA **116** determines that a potential malicious attack, such as a modification to a system file, occurred at 11:30 a.m., the VCA **116** may determine that the website www.badsite.com, accessed by the user at 11:30, is probably the source of the malicious attack. The time correlation heuristics may identify multiple

**15**

URLs as potentially associated with the potential malicious activity, and, in some embodiments, the VCA **116** may allow a user to manually modify the one or more URLs identified as the source of potential malicious activity.

The collected information may also include forensic information about what the potential malicious activity did while running in the VBE **208** (e.g., all reads and writes performed on any files, all modifications or attempted modifications to registry entries, and all network communications). The collected information may also include configuration settings. For example, the version of browser application **340** executed within the VBE **208** and information about the host computer **102**, such as its hardware configuration, may be included in the collected information. In general, any information that may help understand and identify malicious attempt may be included in the collected information. In some embodiments, private information may be stripped from the collected information before it is sent to the collection computer **108**.

The collected information may also include information about the potential malicious activity, such as a signature of an executable downloaded or executed by the browser application **304**. In some embodiments, the VCA **116** may only send the collected information about potential malicious activity to one or more collection computers **108** if the user provides permission. User permission may be provided on a case-by-case basis (e.g., by prompting the user to designate whether to send the collected information each time the VCA **116** detects potential malicious activity) or as a preconfigured preference for the VCA **116**. The VCA **116** may also store the collected information and may use the collected information to automatically block a browser application from subsequently accessing a URL previously associated with malicious activity or to alert a user that a desired website was previously associated with malicious activity. In addition, the VCA **116** may be configured to display a list of URLs previously associated with malicious activity to a user.

The collection computer **108** may store the collected information about potential malicious activity to a database included in the collection computer **108** or to an external database. In order to mitigate the effects of a user who attempts to launch a denial of service ("DoS") attack, the collection computer **108** may limit the amount of information or traffic received from a given user to a maximum amount (e.g., a maximum amount of information per day). The collection computer **108** may use the collected information about the potential malicious activity to identify new malicious activity present on the network **104**. For example, the collection computer **108** may provide the collected malicious activity information to security organizations, such as the Anti-Phishing Group or OpenDNS to label certain URLs, files, or executables as being associated with malicious activity. This functionality may allow the collection computer **108** to provide zero-day malicious activity detection. This functionality may also be based on a human user's real-world use of a browser application rather than on an automated application designed to crawl a network and detect malicious, which is what many current security organization use to identify malicious. In addition, if the collection computer **108** receives collected malicious activity information from multiple computers **102**, the system **100** may provide a distributed continuous malicious activity detection system based on human, rather than automated behavior.

FIGS. **6-12** illustrate various user interfaces generated by the system **100**. For example, FIG. **6** illustrates a user interface **600** that allows a user to select preferences for the VCA **116**. As shown in FIG. **6**, a user (e.g., an administrator) may use the interface **600** to specify how the VCA **116** should

**16**

create the virtual computer **202**. In particular, a user may use a startup selection mechanism **602** (e.g., a check box) to specify whether the VCA **116** should create the virtual computer **202** in the background when the host operating system **114** is started or booted. A user or administrator may also use the interface **600** to set the browser application **304** that will be executed within a VBE **208** as the default browser application using a set-as-default selection mechanism **604** (e.g., a button). It should be understood that the user interface **600** may allow a user or an administrator to set other preferences for the VCA **116**, such as a default browser mode (e.g., "master" mode or "private" mode"), preferences setting how the VCA **116** should restore one or more VBEs **208** after they are terminated, how long VBEs **208** should be active before they are automatically terminated, what type of interaction or operation within a VBE **208** is associated with potential malicious activity, what actions to take upon detecting potential malicious activity, etc.

FIG. **7** illustrates a user interface **700** that allows a user to select a secure bookmark within a browser application according to one embodiment of the invention. As shown in FIG. **7**, the interface **700** may include a bookmark drop-down menu **702**. The bookmark drop-down menu **702** may include a secure bookmarks folder **704** that lists one or more websites, such as **706**, previously designated as a "secure bookmark." As described above with respect to FIGS. **4** and **5**, if a user selects a website specified as "secure bookmark" from the bookmark drop-down menu **702**, the VCCA **205** may create a new VBE **208** and may execute the browser application **304** within the new VBE **208** in a "secure-bookmark" mode.

FIG. **8** illustrates a user interface **800** that displays a "secure bookmark" within a "secure-bookmark" mode browser application **304** according to one embodiment of the invention. As shown in FIG. **8**, the navigation tools of the browser application **304**, such as an address line **802**, may be disabled in order to prevent the browser application **304** from being redirected to another, potentially unsecure website. For example, as described above, the address line **802** may be set to be read-only, which prevents a user from typing in a URL for the browser application to access. As also shown in FIG. **8**, the interface **800** may not include a bookmark drop-down menu, a history drop-down menu, a home selection mechanism, etc. Again, as described above, these features may be disabled (i.e., removed from the interface **800**) in order to prevent a user from navigating the browser application to another, potentially unsecure, website.

FIG. **9** illustrates a user interface **900** that displays a website **902** within a browser application **304** and displays a health monitor **904** according to one embodiment of the invention. As shown in FIG. **9**, the health monitor **904** may display information to a user about the status of the browser application **304** and/or the VBE **208** executing the browser application **304**. The displayed information may include a visual depiction of a health status **905** (e.g., a green light for "healthy," a yellow light for "caution," and a red light for "warning" or "unhealthy"). The displayed information may also include an amount of time that the VBE **208** and/or the browser application **304** has been active or running. In addition, the health monitor **904** may include a restore selection mechanism **906** (e.g., a button) and a terminate selection mechanism **908** (e.g., a button). A user may select the restore selection mechanism **906** to terminate the browser application **304** and/or the VBE **208** executing the browser application **304** and automatically create a new instance of the browser application **304** and/or a new VBE to execute the new browser application instance. Similarly, a user may select the terminate selection mechanism **908** to terminate the browser

US 8,839,422 B2

17

application **304** and/or the VBE **208** executing the browser application **304** without automatically creating a new instance of the browser application **304** and/or a new VBE **208** for executing the new browser application instance.

FIG. **10** illustrates another health monitor **1000** according to one embodiment of the invention. As shown in FIG. **10**, the health monitor **1000** may include a visual depiction **1002** of the health of the browser application **304** and/or the VBE **208** executing the browser application **304**, such as a green light, a yellow light, or a red light. The health monitor **1000** may also include a textual depiction of the health of the browser application **304** (e.g., "Good," "Infection Detected," etc.). As shown in FIG. **10**, the health monitor **1000** may also include a restore selection mechanism **1004** (e.g., a button) and an open-browser selection mechanism **1006** (e.g., a button). A user may select the restore selection mechanism **1004** to terminate the browser application **304** and/or the VBE **208** executing the browser application **304** and automatically create a new instance of the browser application **304** and/or a new VBE **208** for executing the new browser application instance. Similarly, a user may select the open-browser selection mechanism **1006** to create a new instance of the browser application **304** within a new VBE **208** if one is not already running within the VBE **208**. For example, a user may use the **208** open-browser selection mechanism to open a "master" mode browser instance if one is not already running. It should be understood that the health monitors **904** and **1000** may be positioned in the same interface or window as a website displayed by the browser application **304** or may be part of a separate interface or window.

FIGS. **11** and **12** illustrate user interfaces that display alerts to a user regarding a browser application and/or the VBE **208** executing the browser application **304** according to some embodiments of the invention. For example, FIG. **11** illustrates a user interface **1100** that may alert a user that potential malicious activity (i.e., a potential "infection") has been detected by the VCMA **206**. The user interface **1100** may also include a restore selection mechanism **1102** (e.g., a button). As instructed in the message within the interface **1100**, a user may select the restore selection mechanism **1102** to terminate the browser application **304** and/or the VBE **208** executing the browser application **304** and automatically create a new instance of the browser application **304** and/or a new VBE **208** to execute the new browser application instance. FIG. **12** illustrates another user interface **3040** that may alert a user that potential malicious activity has occurred in the form of the downloading of an executable file. The user interface **3040** may also instruct a user to restore (i.e., terminate and restart) the browser application **304** and/or the VBE **208** where the download occurred if the user did not intend to download the executable file.

It should be understood that the user interfaces **1100** and **3040** may be positioned in the same interface or window as a website displayed by the browser application **304** or may be part of a separate interface or window. Additionally, in some embodiments, the user interface **1100** and **3040** may inform a user that the browser application **304** and/or the VBE **208** executing the browser application **304** will be automatically restored rather than instructing a user to perform the restoration manually. For example, the user interfaces **1100** and **3040** may include a message that the browser application **304** and/or the VBE **208** executing the browser application **304** will automatically be restored after a predetermined period of time. The user interfaces **1100** and **3040** may also include a timer showing the time remaining before an automatic restoration is performed.

18

It should be understood that although embodiments of the invention have been described with respect to a browser application **304**, the embodiments may be used with other types of applications. In particular, the VBEs **208** may be used to isolate the execution of any type of application. For example, a separate VBE **208** may be used to execute any application downloaded from another computer (e.g., over the Internet), any application that includes an invalid or unverifiable certificate, any application executed on a public computer, any user-initiated application, or combinations thereof.

In this specification, "a" and "an" and similar phrases are to be interpreted as "at least one" and "one or more."

The disclosure of this patent document incorporates material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, for the limited purposes required by law, but otherwise reserves all copyright rights whatsoever.

Before embodiments of the invention are described in detail, it should be understood that the terms "computer," "database," "application," and "module" can represent hardware, or software in combination with hardware. In addition, the computers, databases, applications, and modules described herein can be implemented on standard, general-purpose computers or as specialized devices.

While various embodiments have been described above, it should be understood that they have been presented by way of example, and not limitation. It will be apparent to persons skilled in the relevant art(s) that various changes in form and detail may be made therein without departing from the spirit and scope. In fact, after reading the above description, it will be apparent to one skilled in the relevant art(s) how to implement alternative embodiments. Thus, the present embodiments should not be limited by any of the above described example embodiments.

In addition, it should be understood that any figures which highlight the functionality and advantages, are presented for example purposes only. The disclosed architecture is sufficiently flexible and configurable, such that it may be utilized in ways other than that shown. For example, the steps listed in any flowchart may be re-ordered or only optionally used in some embodiments.

Further, the purpose of the Abstract of the Disclosure is to enable the U.S. Patent and Trademark Office and the public generally, and especially the scientists, engineers and practitioners in the art who are not familiar with patent or legal terms or phraseology, to determine quickly from a cursory inspection the nature and essence of the technical disclosure of the application. The Abstract of the Disclosure is not intended to be limiting as to the scope in any way.

Finally, it is the applicant's intent that only claims that include the express language "means for" or "step for" be interpreted under 35 U.S.C. 112, paragraph 6. Claims that do not expressly include the phrase "means for" or "step for" are not to be interpreted under 35 U.S.C. 112, paragraph 6.

What is claimed is:

1. A tangible non-transitory processor-readable medium containing instructions that when executed by one or more processors, performs a method comprising:

upon initiation of at least one browser application, creating at least one virtual browsing environment with at least one operating system and executing the at least one browser application within the at least one virtual browsing environment;

US 8,839,422 B2

19

monitoring operation of the at least one operating system within the at least one virtual browsing environment;

determining when an operation of the at least one operating system within the at least one virtual browsing environment includes potential malicious activity;

terminating the at least one virtual browsing environment when the operation includes potential malicious activity; and

transmitting information to at least one collection computer about potential malicious activity when the operation of the at least one operating system of the at least one virtual browsing environment includes potential malicious activity, the information including at least one website address and an indication of an operation of the at least one operating system when the at least one browser application executed within the at least one virtual browsing environment accessed at least one website at the at least one website address.

**2**. The tangible non-transitory processor-readable medium of claim **1**, wherein the method further comprises displaying information about potential malicious activity to at least one user when the operation of the at least one operating system of the at least one virtual browsing environment includes potential malicious activity.

**3**. The tangible non-transitory processor-readable medium of claim **1**, wherein the method further comprises creating at least one second virtual browsing environment after terminating the at least one virtual browsing environment.

**4**. The tangible non-transitory processor-readable medium of claim **3**, wherein the method further comprises taking at least one snapshot of the at least one virtual browsing environment upon creation.

**5**. The tangible non-transitory processor-readable medium of claim **4**, wherein the creating the at least one second virtual browsing environment after terminating the at least one virtual browsing environment includes restoring the at least one virtual browsing environment using the at least one snapshot.

**6**. The tangible non-transitory processor-readable medium of claim **1**, wherein the method further comprises terminating the at least one virtual browsing environment after at least one predetermined period of time.

**7**. The tangible non-transitory processor-readable medium of claim **1**, wherein the method further comprises receiving a website selection within the at least one browser application and determining if the website selection corresponds to a website specified as a secure bookmark.

**8**. The tangible non-transitory processor-readable medium of claim **7**, wherein the method further comprises:

when the website selection corresponds to a website specified as a secure bookmark, creating at least one second virtual browsing environment with at least one operating system, executing at least one browser application within the at least one second virtual browsing environment, and accessing the website selection within the at least one browser application executed within the at least one second virtual browsing environment.

**9**. The tangible non-transitory processor-readable medium of claim **1**, wherein the at least one operating system of the at least one virtual browsing environment includes at least one virtualized operating system sharing at least one kernel of at least one supporting operating system.

**10**. The tangible non-transitory processor-readable medium of claim **9**, wherein the method further comprises creating at least one virtual computer including the at least one supporting operating system with the at least one kernel and creating the at least one virtual browsing environment within the at least one virtual computer.

20

**11**. A tangible non-transitory processor-readable medium containing instructions that when executed by one or more processors perform a method comprising:

upon initiation of at least one browser application, creating at least one first virtual browsing environment with at least one operating system and executing the at least one browser application within the at least one first virtual browsing environment;

receiving a website selection within the at least one browser application;

determining if the website selection corresponds to a website specified as a secure bookmark;

when the website selection corresponds to a website specified as a secure bookmark, creating at least one second virtual browsing environment with at least one operating system, executing at least one browser application within the at least one second virtual browsing environment, and accessing the website selection within the at least one browser application executed within the at least one second virtual browsing environment; and

when the website selection does not correspond to a website specified as a secure bookmark, accessing the website selection with the at least one browser application executed within the at least first virtual browsing environment.

**12**. The tangible non-transitory processor-readable medium of claim **11**, wherein the method further comprises modifying the at least one browser application executed within the at least one second virtual browsing environment to prevent the at least one browser application executed within the at least one second virtual browsing environment from being directed to a website different from the website selection.

**13**. The tangible non-transitory processor-readable medium of claim **12**, wherein the modifying the at least one browser application includes setting an address line of the at least one browser application executed within the at least one second virtual browsing environment to be read-only.

**14**. The tangible non-transitory processor-readable medium of claim **12**, wherein the modifying the at least one browser application includes disabling toolbar options within the at least one browser application executed within the at least one second virtual browsing environment that allow a user to select a website to access.

**15**. The tangible non-transitory processor-readable medium of claim **11**, wherein the determining if the website selection corresponds to a website specified as a secure bookmark includes comparing the website selection to at least one file of secure bookmarks.

**16**. The tangible non-transitory processor-readable medium of claim **15**, wherein the method further comprises receiving at least one indication to set the website as a secure bookmark and updating the at least one file of secure bookmarks based on the at least one indication.

**17**. The tangible non-transitory processor-readable medium of claim **11**, wherein the at least one operating system of the at least one first virtual browsing environment and the at least one operating system of the at least one second virtual browsing environment include at least one virtualized operating system sharing at least one kernel of at least one supporting operating system.

**18**. The tangible non-transitory processor-readable medium of claim **17**, wherein the method further comprises creating at least one virtual computer including the at least one supporting operating system with the at least one kernel and creating the at least one first virtual browsing environ-

US 8,839,422 B2

21

ment and the at least one second virtual browsing environment within the at least one virtual computer.

**19**. The tangible non-transitory processor-readable medium of claim **11**, wherein the method further comprises monitoring operation of the at least one operating system 5 within the at least one second virtual browsing environment, determining if the operation of the at least one operating system within the at least one second virtual browsing environment includes potential malicious activity, and terminating the at least one second virtual browsing environment 10 when the operation includes potential malicious activity.

**20**. A tangible non-transitory processor-readable medium containing instructions that when executed by one or more processors, performs a method comprising:

upon initiation of at least one browser application, creating 15 at least one virtual browsing environment with at least one operating system and executing the at least one browser application within the at least one virtual browsing environment;

taking at least one snapshot of the at least one virtual 20 browsing environment upon creation;

monitoring operation of the at least one operating system within the at least one virtual browsing environment;

22

determining when the operation of the at least one operating system within the at least one virtual browsing environment includes potential malicious activity;

terminating the at least one virtual browsing environment when the operation includes potential malicious activity;

transmitting information to at least one collection computer about potential malicious activity when the operation of the at least one operating system within the at least one virtual browsing environment includes potential malicious activity, the information including at least one website address and an indication of an operation of the at least one operating system when the at least one browser application executed within the at least one virtual browsing environment accessed at least one website at the at least one website address;

creating at least one second virtual browsing environment after terminating the at least one virtual browsing environment; and

restoring the at least one virtual browsing environment using the at least one snapshot.

\* \* \* \* \*