# EXHIBIT D

**Microsoft**

OVER **10,000** ENTRIES

# Microsoft Computer Dictionary

## Fifth Edition

- *Fully updated with the latest technologies, terms, and acronyms*
- *Easy to read, expertly illustrated*
- *Definitive coverage of hardware, software, the Internet, and more!*

*Microsoft*

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
     p. cm.
   ISBN 0-7356-1495-4
   1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.

AQ76.5. M52267   2002
004'.03--dc21                                                          200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9   QWT   7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

computers and special-purpose devices such as digital cameras and cellular telephones.

**micro-electromechanical systems** *n.* *See* MEMS.

**microelectronics** *n.* The technology of constructing electronic circuits and devices in very small packages. The most significant advance in microelectronics technology has been the integrated circuit. Circuits that 40 years ago required a roomful of power-hungry vacuum tubes can now be fabricated on a silicon chip smaller than a postage stamp and require only a few milliwatts of power. *See also* integrated circuit.

**microfiche** *n.* A small sheet of film, about 4 by 6 inches, used for recording photographically reduced images, such as document pages, in rows and columns forming a grid pattern. The resulting images are too small to read with the naked eye, and a microfiche reader is required to view the documents. *Compare* microfilm.

**microfilm** *n.* A thin strip of film stored on a roll and used to record sequential data images. As with microfiche, a special device magnifies the images so that they can be read. *See also* CIM (definition 2), COM (definition 4). *Compare* microfiche.

**microfloppy disk** *n.* A 3.5-inch floppy disk of the type used with the Macintosh and with IBM and compatible microcomputers. A microfloppy disk is a round piece of polyester film coated with ferric oxide and encased in a rigid plastic shell equipped with a sliding metal cover. On the Macintosh, a single-sided microfloppy disk can hold 400 kilobytes (KB); a double-sided (standard) disk can hold 800 KB; and a double-sided high-density disk can hold 1.44 megabytes (MB). On IBM and compatible machines, a microfloppy can hold either 720 KB or 1.44 MB of information. *See also* floppy disk.

**microfluidics** *n.* Technology for control and manipulation of fluids on a microscopic scale using microscopic pumps and valves placed on a chip. Microfluidics devices have implications for a number of medical, pharmaceutical, genomics, and other biotechnology applications.

**microform** *n.* The medium, such as microfilm or microfiche, on which a photographically reduced image, called a *microimage*, is stored. A microimage usually represents text, such as archived documents. *See also* microfiche, microfilm, micrographics.

**micrographics** *n.* The techniques and methods for recording data on microfilm. *See also* microform.

**microimage** *n.* A photographically reduced image, usually stored on microfilm or microfiche, that is too small to be read without magnification. *See also* microform, micrographics.

**microinstruction** *n.* An instruction that is part of the microcode. *See also* microcode.

**microjustification** *n.* *See* microspace justification.

**microkernel** *n.* **1.** In programming, the strictly hardware-dependent part of an operating system that is intended to be portable from one type of computer to another. The microkernel provides a hardware-independent interface to the rest of the operating system, so only the microkernel needs to be rewritten to port the operating system to a different platform. *See also* kernel, operating system. **2.** A kernel that has been designed with only the basic features and typically in a modular fashion.

**micrologic** *n.* A set of instructions, stored in binary form, or a set of electronic logic circuits that defines and governs the operation within a microprocessor.

**microminiature** *n.* An extremely small circuit or other electronic component, especially one that is a refinement of an already miniaturized element.

**microphone** *n.* **1.** A device that converts sound waves into analog electrical signals. Additional hardware can convert the microphone's output into digital data that a computer can process; for example, to record multimedia documents or analyze the sound signal. **2.** A communications program that runs on the Macintosh computer.

**microphotonics** *n.* Technology for directing light on a microscopic scale. Microphotonics employs tiny mirrors or photonic crystals to reflect and transmit specific wavelengths of light, which can carry digital signals. Microphotonics technology has implications for optical networks under development for the telecommunications industry. *See also* MEMS, optical switching.

**microprocessor** *n.* A central processing unit (CPU) on a single chip. A modern microprocessor can have several million transistors in an integrated-circuit package that can easily fit into the palm of one's hand. Microprocessors are at the heart of all personal computers. When memory and power are added to a microprocessor, all the pieces, excluding peripherals, required for a computer are present.

The most popular lines of 680x0 family from Moto Macintosh line, and the 8 at the core of all IBM PC 6502, 65816, 6800, 6800 80386DX, 80386SX, 80

**microprogramming** *n.* processor. Some systems mainframes, allow modif installed processor. *See a*

**microsecond** *n.* One mi *Abbreviation:* μs.

**microsite** *n.* **1.** A small sage or topic and nested geared to promotional ar services may be integrat advertisers. **2.** A small W *called:* minisite.

**Microsoft Access** *n.* S

**Microsoft Active Acce** bility.

**Microsoft DOS** *n. See* l

**Microsoft Excel** *n. See*

**Microsoft Foundation** developed by Microsoft. library, or MFC, provide make it easier and faster dows applications. MFC with several C++ compi C++, Borland C++, and *See also* ActiveX, C++. Classes.

**Microsoft FrontPage** ₁ and manage Internet an ming; FrontPage is avail Microsoft Office suites

**Microsoft intermediat** independent instruction programs are compiled. ing, storing, initializing.

nd methods for so microform.

reduced image, usu... he, that is too small to also microform, micro...

n that is part of the

ace justification.

g, the strictly hardware tem that is intended to outer to another. The independent interface to o only the microkernel perating system to a dif operating system. 2. A h only the basic features n.

ns, stored in binary form that defines and governs essor.

y small circuit or other one that is a refinement nt.

converts sound waves dditional hardware can into digital data that a ple, to record multimedia signal. 2. A communica Macintosh computer.

y for directing light on a nics employs tiny mirrors nd transmit specific wave y digital signals. Micro ications for optical or the telecommunications cal switching.

processing unit (CPU) on a rocessor can have several ated-circuit package that ne's hand. Microprocessors computers. When memory roprocessor, all the pieces d for a computer are present

---

The most popular lines of microprocessors today are the 680x0 family from Motorola, which powers the Apple Macintosh line, and the 80x86 family from Intel, which is at the core of all IBM PC–compatible computers. *See also* 6502, 65816, 6800, 68000, 68020, 68030, 68040, 80286, 80386DX, 80386SX, 8080, 8086

**microprogramming** *n.* The writing of microcode for a processor. Some systems, chiefly minicomputers and mainframes, allow modification of microcode for an installed processor. *See also* microcode.

**microsecond** *n.* One millionth ($10^{-6}$) of a second. *Abbreviation:* μs.

**microsite** *n.* **1.** A small Web site targeted to a single message or topic and nested within a larger site. Microsites geared to promotional and sales of specific products and services may be integrated into popular Web sites by advertisers. **2.** A small Web site with a single focus. *Also called:* minisite.

**Microsoft Access** *n. See* Access.

**Microsoft Active Accessibility** *n. See* Active Accessibility.

**Microsoft DOS** *n. See* MS-DOS.

**Microsoft Excel** *n. See* Excel.

**Microsoft Foundation Classes** *n.* A C++ class library developed by Microsoft. The Microsoft Foundation Class library, or MFC, provides the framework and classes that make it easier and faster for programmers to build Windows applications. MFC supports ActiveX and is bundled with several C++ compilers, including Microsoft Visual C++, Borland C++, and Symantec C++. *Acronym:* MFC. *See also* ActiveX, C++. *Compare* Application Foundation Classes.

**Microsoft FrontPage** *n.* A program you can use to create and manage Internet and intranet sites without programming. FrontPage is available as part of one of the Microsoft Office suites or as a stand-alone product.

**Microsoft intermediate language** *n.* The CPU-independent instruction set into which .NET Framework programs are compiled. It contains instructions for loading, storing, initializing, and calling methods on objects.

Combined with metadata and the common type system, Microsoft intermediate language allows for true cross-language integration. Prior to execution, MSIL is converted to machine code. It is not interpreted. *Acronym:* MSIL.

**Microsoft Internet Explorer** *n. See* Internet Explorer.

**Microsoft Knowledge Base** *n. See* KB (definition 2).

**Microsoft Management Console** *n. See* MMC.

**Microsoft MapPoint** *n. See* MapPoint.

**Microsoft Money** *n. See* Money.

**Microsoft MSN Explorer** *n. See* MSN Explorer.

**Microsoft MSN Messenger Service** *n. See* .NET Messenger Service.

**Microsoft .NET Messenger Service** *n. See* .NET Messenger Service.

**Microsoft Network** *n. See* MSN.

**Microsoft Office** *n. See* Office.

**Microsoft Operations Manager** *n.* A server and application management solution developed by Microsoft Corporation to deliver event and performance management for the Windows 2000–based environment and .NET Enterprise Server applications. Operations management features include enterprise event log reports from across the corporate network, proactive monitoring and alert messaging, and reporting and trend analysis for problem tracking. Microsoft Operations Manager provides flexibility through sophisticated management rules, which can be customized to meet the needs of individual businesses. Microsoft Operations Manager support for management technology standards permits easy integration with other enterprise management systems.

**Microsoft Outlook** *n. See* Outlook.

**Microsoft PowerPoint** *n. See* PowerPoint.

**Microsoft Project** *n.* A software application developed by Microsoft Corporation to simplify the planning and management of projects. Microsoft Project includes features that help you build and manage projects, set schedules and milestones, and communicate and share ideas with team members.

**M**