# EXHIBIT  F

SAMS

Rudolf F. Graf

# Modern Dictionary of Electronics

Sixth Edition



Case 2:15-cv-00162-HCM-LRL Document 53-6 Filed 12/23/15 Page 3 of 6 PageID# 1392

REF

# MODERN DICTIONARY of ELECTRONICS

Rudolf F. Graf

SIXTH EDITION

**SAMS**

*A Division of Macmillan Computer Publishing*

*11711 North College, Carmel, Indiana 46032 USA*

TK
7804

Modern dictionary of
electronics, 6th ed.

© 1962, 1963, 1968, 1972, 1977, and 1984
by Rudolf F. Graf

SIXTH EDITION
FIFTH PRINTING—1990

All rights reserved. No part of this book shall be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. No patent liability is assumed with respect to the use of the information contained herein. While every precaution has been taken in the preparation of this book, the publisher assumes no responsibility for errors or omissions. Neither is any liability assumed for damages resulting from the use of the information contained herein.

International Standard Book Number: 0-672-22041-5

Library of Congress Catalog Card Number: 83-51223

Edited by: *Charlie Buffington* and *Jack Davis*
Illustrated by: *T.R. Emrick*

*Printed in the United States of America.*

:emely short electron-
uration of about 1 ×
l in photographing
ects.
A lamp that emits ra-
ing a duration of
icrosecond.
he use of microfilm
ling basic documents
d and made available
. Special computer
to maintain an index
and to aid in their

disc recording, the
st long-play and 45-
ally it is 0.001 inch
half as wide as the
record.
d — *See* Long-Play

illionth of a henry.
ionth of an ohm.
-1. A very simple
a register-to-register
lementary operation,
A bit pattern that is
gram memory word
ration of the individ-
elements and related
in memory and input

quence—The series
that the micropro-
CU) selects from the
cute a single macro-
l command. Micro-
s can be shared by
tions.
lock-loop system for
eiving information.
reduces bandwidth
as a radar beacon for
ovide telemetering

—A group of high-
l integrated logic
arily intended to be
ogic section of a dig-

s — Semiconductor
puter and other crit-

—Devices that pro-
ately moving minis-
nto the surface of a

*See* Intercellular

illionth of a meter.
lionth of a mho or of
y microsiemens.
solete prefix mean-
millionth, or $10^{-12}$.

Obsolete term for
d picofarad.



**micromicrowatt** — Obsolete term for $10^{-12}$ watt. Now called picowatt.

**microminiature lamp** — Any incandescent lamp, usually rated in the milliwatt range, that operates on 3 volts or less. Diameters range from 0.01 to 0.06 inch, or 0.25 to 1.5 mm.

**microminiaturization** — 1. The production of microminiature electronic circuits from individual miniature solid-state and other nonthermionic components. 2. A relative degree of miniaturization resulting in an equipment or assembly volume an order of magnitude smaller than that existing in subminiature equipment. 3. The technique of packaging a microminiature part of an assembly composed of elements radically different in shape and form. Electronic parts are replaced by active and passive elements, through use of fabrication processes such as screening, vapor-deposition diffusion, and photoetching. 4. The process of packaging an assembly of microminiature active and passive electronic elements, replacing an assembly of much and different parts.

**micromodule** — 1. A tiny ceramic wafer made from semiconductive and insulative materials. It is capable of functioning as either a transistor, resistor, capacitor, or other basic component. 2. A microcircuit constructed of a number of components (e.g., microwafers) and encapsulated to form a block that is still only a fraction of an inch in any dimension.

**micron** — 1. An absolute unit of length equal to $10^{-6}$ meter. The term micrometer is now preferred. 2. A unit used in the measurement of very low pressures. It is equivalent to 0.001 mm ($10^{-6}$ meter) of mercury at 32°F or 0°C.

**microphone** — 1. An electroacoustic transducer which responds to sound waves and delivers essentially equivalent electric waves. A device for converting sound waves or sound-producing vibrations (as from the strings of a guitar) into corresponding electrical impulses. Microphones may use as transducing elements crystal or ceramic chips, ribbons, moving coils, or capacitors, and different recording applications may call for different transducers as well as for different directional patterns and impedances.

**microphone amplifier** — Also called a microphone preamplifier. An audio-frequency amplifier that boosts the output of a microphone before the signal reaches the main audio-frequency amplifier.

**microphone boom** — A movable crane from which a microphone is suspended.

**microphone button** — The resistance element of a carbon microphone. It is button-shaped and filled with carbon particles.

**microphone cable** — A shielded cable for connecting a microphone to an amplifier.

**microphone mixer** — An audio mixer that feeds the output from two or more microphones into a single input to an audio amplifier. The output from each microphone is adjustable by individual controls on the mixer.

**microphone preamplifier** — *See* Microphone Amplifier.

**microphone sensitivity** — The voltage that is produced by a microphone that is exposed to a specified sound pressure level. Usually specified in dBV in a 94 dB spl or 74 dB spl sound field, measured with no load on the microphone.

**microphone stand** — A stand that holds a microphone the desired distance above the floor or a table.

**microphone transformer** — An iron-core transformer used for coupling certain microphones to an amplifier or transmission line.

**microphonics** — 1. The generation of an electrical noise signal by mechanical motion of internal parts within a device. 2. Electrical disturbance (noise) due to mechanical disturbances of circuit elements. 3. A form of noise interference arising from the tendency for vibrations of certain objects to be converted into corresponding electrical signals. A microphonic device will cause a "bong" or "bing" in the signal when subjected to jarring. 4. Audio-frequency noise caused by the mechanical vibration of elements within a system or component. 5. Microphone noise that occurs in lasers when vibrations are transferred to the resonator structure.

**microphonism** — 1. The production of noise as a result of mechanical shock or vibration. 2. The quasiperiodic voltage output of a tube produced by mechanical resonance of its elements as a result of mechanical impulse excitation. 3. The periodic voltage output of a tube produced by mechanical resonances of its elements as a result of sustained mechanical excitation. 4. The output voltage of a tube acting as an electrical transducer of mechanical energy.

**microphonograph** — A device which amplifies and records weak sounds; used in training the deaf to speak.

**microphonoscope** — A binaural stethoscope using a membrane in the chest piece to accentuate the sound.

**microphotograph** — A small picture of a large subject. The microfilming of a check or other document produces a microphotograph.

**microprobe** — An extremely sharp and small exploring tool head attached to a positioning handle. Used for testing microelectronic circuits by establishing ohmic contact.

**microprocessor** — 1. The control and processing portion of a small computer or

COOLEY GODWARD CASTRO HUDDLESON & TATUM

microcomputer, that can be built with LSI MOS circuitry usually on one chip. Like all computer processors, microprocessors can handle both arithmetic and logic data in a bit-parallel fashion under control of a program. But they are distinguished both from a minicomputer processor by their use of LSI with its lower power and costs and from other LSI devices (except calculator chips) by their programmable behavior. 2. A computer contained on as few as three chips, which functions as central processor for executing instructions, a volatile memory for storing data, and interface unit through which data and instructions are transmitted. 3. An IC package incorporating logic, memory, control, computer, and/or interface circuits, the whole of which is designed to handle certain functions. 4. An electronic computer processor section implemented in relatively few IC chips (typically LSI) which contain arithmetic, logic, register, control, and memory functions. 5. A complete processing unit on one large-scale integrated circuit. 6. An LSI device that performs the functions of the central processing unit and the control unit of a computer. It is called a microprocessor because of its extremely small size; typically it is contained on a single integrated circuit chip. Some of the larger microprocessors have the CPU on one chip and the control unit on a second chip. In a few cases, three or four chips may be needed to contain both functions. 7. A small, low-power device that can accept a number of different input signals, remember them, operate on them in various preprogrammed ways, and then use them to provide many different outputs. 8. A single LSI circuit that performs the functions of a CPU. Characteristics of a microprocessor include small size, inclusion of a single integrated circuit or a set of integrated circuits, and low cost. 9. The LSI implementation of a complete processor (alu plus control unit) on a single chip. 10. A semiconductor device that can perform arithmetic, logic, and decision-making operations under the control of a set of instructions stored in a memory device. It can also communicate with a set of peripheral devices via some defined input/output structure. It is a general-purpose digital computer with a stored program, much like a minicomputer. The major significance of a microprocessor is that all of the elements of a minicomputer have been reproduced in a single, large-scale integrated chip of silicon, usually not much larger than the eraser on a pencil. 11. A general purpose processor fabricated on one or more chips. The generally accepted basic elements present are an alu, control logic, the instruction set memory, and the address and data registers. The clock generator may or may not be present and the i/o capability is limited. Support chips are required to provide enhanced i/o and memory functions. 12. A semiconductor device that contains one or more registers which hold data in the form of binary words and a set of instructions allow a number of different operations, arithmetic, logical or other kinds, to be performed on the contents of designated registers or memory locations. By building up sequences of instructions, the microprocessor can be programmed to carry out specific tasks. System functions of the most complex nature can be broken down into a sequence of simple operations just as the most complex Boolean expression can be derived from the basic AND, OR, and NOT functions. 13. The central processing unit (CPU) of a computer. It houses the control functions and the arithmetic and logic unit (alu) that perform all the computations and logic decisions. When instruction and data memory are added, along with input and output (i/o) circuitry, the microprocessor becomes a microcomputer. 14. A semiconductor integrated circuit that can perform arithmetic, logic, and decision-making operations as well as communicate with input and output devices controlled by instructions stored in a memory. It contains many or all of the central processing functions and is synonymous with the central processing unit, or CPU. In general-purpose, stored-program digital computers the CPU has control, coding, and decoding functions in carrying out logic, arithmetic, and decision making and may contain some memory. In microprocessors all these functions have been compressed into a single silicon chip that may contain from 5000 to 7000 transistors.

**microprocessor development system**—A combination of hardware and software that acts as a tool for micro system design and debugging from concept to final production release. It contains assembler, compiler, and editor programs to assist with the original program writing. It also can simulate the system, both at the concept stage and during the final integration. The larger memory available makes it practical to document programs: add remarks within the program, which will be ignored by the micro, that will indicate to a subsequent user the purposes of specific instructions. These remarks do not, of course, go into the final ROM. The development system is also able to transfer the debugged program that it is already using into PROM or EROM.

**microprocessor emulator**—A software routine or device that imitates the functions of a specific microprocessor.

**microprogram**—1. A computer program

5 PALO ALTO SQUARE
PALO ALTO CA 94306