# EXHIBIT G

IEEE Std 100-1996

# The IEEE Standard Dictionary of Electrical and Electronics Terms

Sixth Edition

Published by the
Institute of Electrical and
Electronics Engineers, Inc.

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

Standards Coordinating Committee 10, Terms and Definitions
Jane Radatz, Chair

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

NOV 19 1999

COOLEY GODWARD LLP
LIBRARY
RESTON, VA 20191

ISBN 1-55937-833-6

9 781559 378338   90000

The ratio of the number of inter-
red to the total number of interro-
                    (AE) [42], 686-1982s
ment, and diagnostic equipment)
egister or storage location used to
ccurrences of an event. (B) An in-
ers, permitting these integers to be
uentially by unity or by an arbitrary
ing reset to zero or to an arbitrary
                              (MIL) [2]
used to record the number of oc-
during the execution of a computer
variable that records the number of
                    (C) 610.12-1990
nite number of states each of which
ch, upon receipt of an appropriate
d or decremented by a given con-
may be capable of being set to a
o. See also: keystroke counter; line
r; reversible counter. (B) A register
o accumulate the number of occur-
also: program counter.
                    (C) 610.10-1994
nel lighting system or luminaires
that is greater in the opposite di-
                    (RL) C136.27-1996
electromotive-force cells.
e (any system) The effective elec-
e system that opposes the passage
direction.            (EEC/PE) [119]
e cells (counter cells) Cells of
ir capability used to oppose the bat-
tery.                 (EEC/PE) [119]
unit A cooking appliance designed
unter and consisting of one or more
l wiring, and build-in or separately
also: wall-mounted oven.
                    (NEC/NESC) [86]
of conductors, elevated above and
d, forming a lower system of con-
ote: The purpose of a counterpoise
igh capacitance and thus a relatively
rth. The counterpoise is sometimes
w-frequency applications where it
o provide an effective ground con-
                    (AP) 145-1993
of conductors arranged beneath the
r most frequently below the surface
ted to the grounding system of the
g the line
PE/PSPD) 81-1983, C62.23-1995
.                 (PE/T&D) 524-1992
liation counter.
unters) A device that reacts to in-
thus enabling them to be counted.
). A radiation-counter tube that re-
nal quenching circuit to inhibit reig-
liation). A gas tube used for detec-
s of gas ionization. (C) (gas-flow).
in which an appropriate atmosphere
f gas through the tube. (D) (Geiger-
unter tube operated in the Geiger-
ortional). A radiation-counter tube
nal region. (F) (self-quenched). A
which reignition of the discharge is
esses. See also: anticoincidence.
(ED/NPS) 161-1971w, 309-1970r
cintillation counting) A region of
that is defined by upper and lower
inators.           (NI) N42.15-1990
iation counter tubes) The average
nizing particles or quanta incident

on the sensitive area that produce tube counts. Note: The op-
erating conditions of the counter and the condition of irradi-
ation must be specified.              (ED) 161-1971w
(2) (scintillation counters) The ratio of the average number
of photons or particles of ionizing radiation that produce
counts to the average number incident on the sensitive area.
Note: The operating conditions of the counter and the con-
ditions of irradiation must be specified. See also: scintillation
counter.                              (NPS) 398-1972r
(3) (liquid-scintillation counting) The ratio of the count rate
to the disintegration rate, usually expressed as a percentage:

$E = (R/A) \times 100.$

$E$ = counting system efficiency
$R$ = net count rate in an individual measurement, counts per
minute
$A$ = activity of the radionuclide contained in the check
source.
                                      (NI) N42.15-1990
counting mechanism (of an automatic line sectionalizer or au-
tomatic circuit recloser) A device that counts the number of
electrical impulses and, following a predetermined number of
successive electrical impulses, actuates a releasing mecha-
nism. It resets if the total predetermined number of successive
impulses do not occur in a predetermined time.
                                      (PE/SWG) C37.100-1992
counting operation (of an automatic line sectionalizer or au-
tomatic circuit recloser) Each advance of the counting mech-
anism towards an opening operation.
                                      (PE/SWG) C37.100-1992
counting operation time (of an automatic line sectionalizer)
The time between the cessation of a current above the mini-
mum actuating current value and the completion of a counting
operation.                            (PE/SWG) C37.100-1992
counting rate (1) Number of counts per unit time. See also:
anticoincidence.                      (ED) [45]
(2) (germanium spectrometers) The rate at which detector
pulses are being registered in a selected voltage interval. The
unit is reciprocal seconds (i.e., $s^{-1}$).   (NI) N42.14-1991
counting-rate meter (pulse techniques) A device that indicates
the time rate of occurrence of input pulses averaged over a
time interval. See also: scintillation counter.
                                      (NPS) 398-1972r
counting rate versus voltage characteristic (gas-filled radi-
ation counter tube) The counting rate as a function of ap-
plied voltage for a given constant average intensity of radia-
tion.



Counting rate-voltage characteristic in which

relative plateau slope = $100 \dfrac{\Delta C/C}{\Delta V}$

normalized plateau slope = $\dfrac{\Delta C/\Delta V}{C'/V'} = \dfrac{\Delta C/C'}{\Delta V/V'}$

**counting rate versus voltage characteristic**
                                      (ED) 161-1971w
counting region A region that identifies the first and last mem-
ory location of a contiguous series to be summed in a mul-
tichannel analyzer.                   (NI) N42.15-1990
country beam See: upper (driving) beams.
country code (telephone switching systems) The one-, two-,
or three-digit number that, in the world numbering plan, iden-

tifies each country or integrated numbering plan area in the
world. The initial digit is always the world-zone number. Any
subsequent digits in the code further define the designated
geographical area normally identifying a specific country. On
an international call, this code is dialed ahead of the national
number.                               (COM) 312-1977w
counts, tube, multiple See: multiple tube counts.
counts, tube, spurious See: spurious tube counts.
couple (1) (storage cell) An element of a storage cell consisting
of two plates, one positive and one negative. Note: The term
couple is also applied to a positive and a negative plate con-
nected together as one unit for installation in adjacent cells.
See also: battery.                    (EEC/PE) [119]
(2) (thermoelectric) A thermoelectric device having two
arms of dissimilar composition. Note: The term thermoele-
ment is ambiguously used to refer to either a thermoelectric
arm or to a thermoelectric couple, and its use is therefore not
recommended. See also: thermoelectric device.
                                      (ED) [46]
coupled fine A transmission line with multiple guiding members
whose propagating waves interact with each other.
                                      (MTT) 1004-1987w
coupled modes (fiber optics) Modes whose energies are shared.
See also: mode.                       (Std100) 812-1984w
coupler (1) (navigation aid terms) That portion of a naviga-
tional system which receives signals of one type from a sensor
and transmits signals of a different type to an actuator. See
also: autopilot coupler.              (AE) 172-1983w
(2) (surge testing for equipment connected to low-voltage
ac power circuits) A device, or combination of devices, used
to feed a surge from a generator to powered equipment while
limiting the flow of current from the power source into the
generator. See also: coupling network.
                                      (PE/PSPD) C62.45-1992
(3) (fiber optics) See also: optical waveguide coupler.
                                      812-1984w
coupler, optical See: directional coupler, optical.
coupling (1) (ground systems) The association of two or more
circuits or systems in such a way that power or signal infor-
mation may be transferred from one to another. Note: Cou-
pling is described as close or loose. A close-coupled process
has elements with small phase shift between specified varia-
bles; close-coupled systems have large mutual effect shown
mathematically by cross-products in the system matrix.
                                      (PE) 81-1983
(2) (rotating machinery) A part or combination of parts that
connects two shafts for the purpose of transmitting torque or
maintaining alignment of the two shafts. (PE) [9]
(3) (data transmission) The association of two or more cir-
cuits or systems in such a way that power or signal infor-
mation may be transferred from one to another.
                                      (PE) 599-1985w
(4) (software) The manner and degree of interdependence
between software modules. Types include common-environ-
ment coupling, content coupling, control coupling, data cou-
pling, hybrid coupling, and pathological coupling. Contrast:
cohesion.                             (C) 610.12-1990
(5) (waveguide) The power transfer from one transmission
path to a particular mode or form in another. Note: Small,
undesired coupling is sometimes called isolation, decoupling,
or cross coupling.                    (MTT) 146-1980w
(6) (instrumentation and control equipment grounding in
generating stations) The mechanism by which an interfer-
ence source produces interference in a signal circuit.
                                      (PE) 1050-1996
(7) The mode of propagation of disturbing energy from a
power system to a telecommunications system. There are
three forms of coupling between the two systems: magnetic
(inductive) coupling, electric (capacitive) coupling, and con-
ductive (resistive) coupling. In addition, coupling by electro-
magnetic radiation exists and is associated with propagation
of radiation fields, e.g., radio frequency interference (RFI),

electromagnetic pulse (EMP), and corona. (PE) 487-1992
**(8)** Circuit element or elements, or network, that may be considered common to the input mesh and the output mesh and through which energy may be transferred from one to the other. (IA) 1100-1992

**coupling aperture (coupling hole, coupling slot) (waveguide components)** An aperture in the bounding surface of a cavity resonator, waveguide, transmission line, or waveguide component which permits the flow of energy to or from an external circuit. (MTT) 147-1979w

**coupling capacitance (1) (ground systems)** The association of two or more circuits with one another by means of capacitance mutual to the circuits. (PE) 81-1983
**(2) (interference terminology)** The type of coupling in which the mechanism is capacitance between the interference source and the signal system; that is, the interference is induced in the signal system by an electric field produced by the interference source. *See also:* interference. (IE) [43]

**coupling-capacitor voltage transformer (metering)** A voltage transformer comprised of a capacitor divider and an electromagnetic unit so designed and interconnected that the secondary voltage of the electromagnetic units is substantially proportional to, and in phase with, the primary voltage applied to the capacitor divider for all values of secondary burdens within the rating of the coupling-capacitor voltage transformer. (ELM) C12.1-1988

**coupling coefficient (1) (coefficient of coupling)** The ratio of impedance of the coupling to the square root of the product of the total impedances of similar elements in the two meshes. *Notes:* 1. Used only in the case of resistance, capacitance, self-inductance, and inductance coupling. 2. Unless otherwise specified, coefficient of coupling refers to inductance coupling, in which case it is equal to $M/(L_1 L_2)^{1/2}$, where $M$ is the mutual inductance, $L_1$ the total inductance of one mesh, and $L_2$ the total inductance of the other. *See also:* network analysis. (IM) [40]
**(2) (planar transmission lines)** A number used as a measure of the degree of interaction between the members of a coupled line. One commonly used definition of the coupling coefficient of a symmetrical coupled pair of transmission lines is K, a voltage or field ratio:

$$\frac{\frac{Z_{0e}}{Z_{0o}} - 1}{\frac{Z_{0e}}{Z_{0o}} + 1}$$

where $Z_{0e}$ and $Z_{0o}$ = even- and odd-mode characteristic impedances (MTT) 1004-1987w

**coupling coefficient, small-signal (electron stream)** The ratio of (A) the maximum change in energy of an electron traversing the interaction space to (B) the product of the peak alternating gap voltage by the electronic charge. *See also:* coupling; coupling coefficient; electron emission. (ED) 161-1971w

**coupling, conductance (interference terminology)** The type of coupling in which the mechanism is conductance between the interference source and the signal system. *See also:* interference; raceway.

**coupling efficiency (fiber optics)** The efficiency of optical power transfer between two optical components. *See also:* coupling loss. (Std100) 812-1984w

**coupling, electric (A) (rotating machinery)** A device for transmitting torque by means of electromagnetic force in which there is no mechanical torque contact between the driving and driven members. *Note:* The slip-type electric coupling has poles excited by direct current on one rotating member, and an armature winding, usually of the double-squirrel cage type, on the other rotating member. **(B) (rotating machinery)** A rotating machine that transmits torque by electric or magnetic means or in which torque is controlled by electric or magnetic means. (IA/PE) [9], 45-1983r

**coupling factor (1) (lightning)** The ratio of the induced voltage to the inducing voltage on parallel conductors. *See also:* direct-stroke protection. (PE/T&D) [10]
**(2) (directional coupler)** The ratio of the incident power fed into the main port, and propagating in the preferred direction, to the power output at an auxiliary port, all ports being terminated by reflectionless terminations. *See also:* waveguide. (IM) [40]
**(3)** The ratio of the induced voltage to the inducing voltage on parallel conductors. For example, at the tower, the shield or coupling wires and tower crossarms are at practically the same potential (because of lightning stroke travel time). The stress across the insulator string is one minus the coupling factor multiplied by the tower top potential.

$$\text{Stress} = (1.0 - K_{fc}) \times V_{TT}$$

where
$K_{fc}$ is the coupling factor
$V_{TT}$ is the tower top voltage
(PE/PSPD) C62.23-1995

**coupling flange (rotating machinery)** The disc-shaped element of a half coupling that permits attachment to a mating half coupling. *Synonym:* flange. *See also:* rotor. (PE) [9]

**coupling hole** *See:* coupling aperture.

**coupling, hysteresis** An electric coupling in which torque is transmitted from the driving to the driven member by magnetic forces arising from the resistance to reorientation of established magnetic flux fields within ferromagnetic material usually of high coercivity. *Note:* The magnetic flux field is normally produced by current in the excitation winding, provided by an external source. (PE) [9]

**coupling, inductance (interference terminology)** The type of coupling in which the mechanism is mutual inductance between the interference is induced in the signal system by a magnetic field produced by the interference source. *See also:* interference. (IE) [43]

**coupling, induction** An electric coupling in which torque is transmitted by the interaction of the magnetic field produced by magnetic poles on one rotating member and due to an induced voltage in the other rotating member. *Note:* The magnetic poles may be produced by direct-current excitation, permanent-magnet excitation, or alternating-current excitation. Currents due to the induced voltages may be carried in a wound armature, cylindrical cage, or may be present as eddy currents in an electrically conductive disc or cylinder. Couplings utilizing a wound armature or a cylindrical cage are known as slip or magnetic couplings. Couplings utilizing eddy-current effects are known as eddy-current couplings. (PE) [9]

**coupling loop (waveguide components)** A conducting loop that permits the flow of energy between a cavity resonator, waveguide, transmission line, or waveguide component and an an external circuit. (MTT) 147-1979w

**coupling loss (fiber optics)** The power loss suffered when coupling light from one optical device to another. *See also:* angular misalignment loss; extrinsic joint loss; gap loss; insertion loss; intrinsic joint loss; lateral offset loss. (Std100) 812-1984w

**coupling, magnetic friction** An electric coupling in which torque is transmitted by means of mechanical friction. Pressure normal to the rubbing surfaces is controlled by means of an electromagnet and a return spring. *Note:* Couplings may be either magnetically engaged or magnetically released depending upon application. (PE) [9]

**coupling, magnetic-particle** A type of electric coupling in which torque is transmitted by means of a fluid whose viscosity is adjustable by virtue of suspended magnetic particles. *Note:* The coupling fluid is incorporated in a magnetic circuit in which the flux path includes the two rotating members, the fluid, and a magnetic yoke. Flux density, and hence the fluid

viscosity, are controlled throug[h] magnetic coil linking the flux pa[th]

**coupling network** Electrical circu[it] ring energy from one circuit to a[nother]

**coupling plane** A metal plate to w[hich] to simulate electrostatic discharg[e] cally or horizontally) to the EUT

**coupling probe (waveguide compo[nents])** the flow of energy between a ca[vity] transmission line, or waveguide c[omponent] circuit.

**coupling, radiation (interference** t[erminology]) coupling in which the interferenc[e] system by electromagnetic radiati[on] ference source. *See also:* interfere[nce]

**couplings (pothead)** Entrance fittin[g] with a rubber gland to provide a[ seal] where the cable enters the box an[d] threaded portion to accommodate cable or have an armor clamp to mored sheath on armor-covered c[able]

**coupling slat** *See:* coupling apertur[e]

**coupling, synchronous (rotating m**[achinery]) coupling in which torque is tran[smitted] between two electromagnetic m[embers] poles, or between one electroma[gnet] tance member containing a numb[er] number of poles. *Note:* Synchron[ous] duction members or other means nonsynchronous operation such a[s] coupling.

**coupling wire** A conductor attach[ed] structure and below the phase w[ire] and connected to the grounding pole supporting the line.

**course (A) (navigation aids)** The expressed as an angle in the ho[rizontal] erence line and the course line, from the reference line. **(B)** tended direction of travel as defi[ned] **(C) (navigation aids)** Common

**course-deviation indicator** *See:* ator.

**course line (navigation aids)** Th[e] plane of a path (proposed path

**course linearity (instrument l**[anding] **aids)** A term used to describe t[he] in depth of modulation) of the respect to displacement of the course line but within the co[urse] track; flight path.

**course-line computer (navigati**[on]) ried aboard a vehicle, to conv[ert] VOR/DME (very high-freque[ncy] tance measuring equipment) any desired points regardless to the source of the signals.

**course-line deviation (navigati**[on]) the track of a vehicle differs in terms of either an angular

**course-line deviation indicato**[r] **(navigation aids)** A device p direction and amount of dev[iation] *Synonym:* flight-path-deviati[on]

The ratio of the induced voltage
rallel conductors. *See also:* di-
(PE/T&D) [10]
ratio of the incident power fed
ating in the preferred direction,
iliary port, all ports being ter-
inations. *See also:* waveguide.
(IM) [40]
oltage to the inducing voltage
imple, at the tower, the shield
ossarms are at practically the
itning stroke travel time). The
ig is one minus the coupling
op potential.

(PE/PSPD) C62.23-1995
ry) The disc-shaped element
ittachment to a mating half
ilso: rotor. (PE) [9]
re.
oupling in which torque is
ie driven member by mag-
tance to reorientation of es-
hin ferromagnetic material
The magnetic flux field is
he excitation winding, pro-
(PE) [9]
**terminology)** The type of
is mutual inductance be-
in the signal system by a
rference source. *See also:*
(IE) [43]
pling in which torque is
: magnetic field produced
; member and due to an
member. *Note:* The mag-
ct-current excitation, per-
iating-current excitation.
;es may be carried in a
r may be present as eddy
e disc or cylinder. Cou-
ir a cylindrical cage are
igs. Couplings utilizing
!dy-current couplings.
(PE) [9]
its) A conducting loop
een a cavity resonator,
eguide component and
(MTT) 147-1979w
oss suffered when cou-
another. *See also:* an-
it loss; gap loss; inser-
fset loss.
(Std100) 812-1984w
ic coupling in which
hanical friction. Pres-
ontrolled by means of
*Note:* Couplings may
netically released de-
(PE) [9]
electric coupling in
of a fluid whose vis-
:d magnetic particles.
in a magnetic circuit
otating members, the
, and hence the fluid

**coupling network** Electrical circuit for the purpose of transferring energy from one circuit to another. *See also:* coupler.
(PE/PSPD) C62.45-1992

**coupling plane** A metal plate to which discharges are applied to simulate electrostatic discharge to objects adjacent (vertically or horizontally) to the EUT. (EMC) C63.16-1993

**coupling probe (waveguide components)** A probe that permits the flow of energy between a cavity resonator, waveguide, transmission line, or waveguide component and an external circuit. (MTT) 147-1979w

**coupling, radiation (interference terminology)** The type of coupling in which the interference is induced in the signal system by electromagnetic radiation produced by the interference source. *See also:* interference. (IE) [43]

**couplings (pothead)** Entrance fittings which may be provided with a rubber gland to provide a hermetic seal at the point where the cable enters the box and may have, in addition, a threaded portion to accommodate the conduit used with the cable or have an armor clamp to clamp and ground the armored sheath on armor-covered cable. (PE) [108]

**coupling slat** *See:* coupling aperture.

**coupling, synchronous (rotating machinery)** A type of electric coupling in which torque is transmitted at zero slip, either between two electromagnetic members or like number of poles, or between one electromagnetic member and a reluctance member containing a number of saliencies equal to the number of poles. *Note:* Synchronous couplings may have induction members or other means for providing torque during nonsynchronous operation such as starting. *See also:* electric coupling. (PE) [9]

**coupling wire** A conductor attached to the transmission line structure and below the phase wires, with proper clearance, and connected to the grounding system of the towers or the pole supporting the line. (PE/PSPD) C62.23-1995

**course (A) (navigation aids)** The intended direction of travel, expressed as an angle in the horizontal plane between a reference line and the course line, usually measured clockwise from the reference line. **(B) (navigation aids)** The intended direction of travel as defined by a navigational facility. **(C) (navigation aids)** Common usage for "course line." (AE) 172-1983w

**course-deviation indicator** *See:* course-line deviation indicator.

**course line (navigation aids)** The projection in the horizontal plane of a path (proposed path of travel). (AE) 172-1983w

**course linearity (instrument landing systems) (navigation aids)** A term used to describe the change in DDM (difference in depth of modulation) of the two modulation signals with respect to displacement of the measuring position from the course line but within the course sector. *Synonyms:* desired track; flight path. (AE) 172-1983w

**course-line computer (navigation aids)** A device, usually carried aboard a vehicle, to convert navigational signals such as VOR/DME (very high-frequency omnidirectional range/distance measuring equipment) into course extending between any desired points regardless of their orientation with respect to the source of the signals. (AE) 172-1983w

**course-line deviation (navigation aids)** The amount by which the track of a vehicle differs from its course line, expressed in terms of either an angular or linear measurement. (AE) 172-1983w

**course-line deviation indicator (course deviation indicator) (navigation aids)** A device providing a visual display of the direction and amount of deviation from the intended course. *Synonym:* flight-path-deviation indicator. (AE) 172-1983w

**course made good (navigation aids)** The direction from the point of departure to the position of the vehicle on the horizontal plane. (AE) 172-1983w

**course push (navigation aids) (pull)** An erroneous deflection of the indicator of a navigational aid, produced by altering the attitude of the receiving antenna. *Note:* This effect is a manifestation of polarization error and results in an apparent displacement of the course line. (AE) 172-1983w

**course roughness (navigation aids)** A term used to describe the imperfections in a visually indicated course when such imperfections cause the course indicator to make rapid erratic movements. *See also:* scalloping. (AE) 172-1983w

**course scalloping** *See:* scalloping.

**course section width (instrument landing systems)** The transverse dimension at a specified distance, or the angle in degrees between the sides of the course sector. *See also:* navigation. (AE) [42], 686-1982s

**course sector (instrument landing systems) (navigation aid terms)** A wedge-shaped section of airspace containing the course line and spreading with distance from the ground station; it is bounded on both sides by the loci of points at which the DDM (difference in depth of modulation) is a specified amount, usually the DDM giving full-scale deflection of the course-deviation indicator. (AE) 172-1983w

**course-sector width (instrument landing systems) (navigation aids)** The transverse dimension at a specified distance, or the angle in degrees, between the sides of the course sector. (AE) 172-1983w

**course sensitivity (navigation aids) (navigation systems)** The relative response of a course-line deviation indicator to the actual or simulated departure of the vehicle from the course line. In VOR (very high-frequency) omnidirectional range), Tacan (tactical air navigation), or similar omnirange systems, course sensitivity is often taken as the number of degrees through which the omnibearing selector must be moved to change the deflection of the course-line deviation indicator from full scale on one side to full scale on the other, while the receiver omnibearing-input signal is held constant.
(AE) 172-1983w

**course softening (navigation aids)** The intentional decrease in course sensitivity upon approaching a navigational aid such than the ratio of indicator deflection to linear displacement from the course line tends to remain constant. (AE) 172-1983w

**courseware** Instructional materials, such as software and student documentation, designed for use in computer-based instruction. (C) 610.2-1987

**course width (navigation aids)** Twice the displacement (of the vehicle), in degrees, to either side of a course line, which produces a specified indication on the course deviation indicator (usually the specified indication is full scale). (AE) 172-1983w

**Coursewriter** A programming language used to write instructional programs for computer-assisted instruction. (C) 610.13-1993

**cove lighting (illuminating engineering)** Lighting comprising light sources shielded by a ledge or horizontal recess, and distributing light over the ceiling and upper wall.
(EEC/IE) [126]

**cover (power system communication equipment)** A protective covering used to enclose or partially enclose equipment that may be mounted in a rack. (PE) 281-1984r

**coverage** Measure of the representative nature of situations to which a system is submitted during its validation compared to the actual situations it will be confronted with during its operational life. (BA/C) 896.9-1994

**coverage area (1) (mobile communication)** The area surrounding the base station that is within the signal-strength contour that provides a reliable communication service 90 percent of the time. *See also:* mobile communication system.
(VT) [37]

Case 2:15-cv-00162-HCM-LRL   Document 53-7   Filed 12/23/15   Page 7 of 7 PageID# 1402

**decision level concentration (DLC)** Quantity of analyte at or above which an *a priori* decision is made that a positive quantity of the analyte is present. For IEEE Std N42.23-1995, the probability of a Type I error (probability of erroneously reporting a detectable nuclide in an appropriate blank or sample) is set at 0.05.                         (NI) N42.23-1995

**decision rule** A rule or algorithm used in pattern classification to assign an observed unit of image data to a pattern class based on features extracted from the image. *Synonym:* classifier.                         (C) 610.4-1990

**decision support services (DSS) (A)** The services provided by a decision support system. For example, software components for model building, forecasting, statistical analysis, ad hoc model interrogation, report generation, and graphics. **(B)** A computer system that supports decision making by performing such functions as modeling, forecasting, and statistical analysis. *See also:* computer-aided management; management information system. **(C)** The services provided by the staff of an information center.                         (C) 610.2-1987

**decision support software** Interactive software used in a decision support system. For example, software components for model building, forecasting, statistical analysis, ad hoc model interrogation, report generation, and graphics.                         (C) 610.2-1987

**decision support system (DSS)** A computer system that supports decision making by performing such functions as modeling, forecasting, and statistical analysis. *See also:* computer-aided management; management information system.                         (C) 610.2-1987

**decision support system generator** A package of decision support software that enables users to develop customized decision support systems for specific applications.                         (C) 610.2-1987

**decision table (1)** A matrix providing program branching which may be a complex function of a number of variables.                         (ATL) 771-1980s
(2) **(software)** A table used to show sets of conditions and the actions resulting from them.                         (C) 610.12-1990

**Decision Table Translator (D-TRAN)** A computer language developed as a preprocessor that converts decision table constructs into conventional programming language code.                         (C) 610.13-1993

**deck (computers)** A collection of punched cards.                         (C) [20], [85]

**declaration** A non-executable program statement that affects the assembler or compiler's interpretation of other statements in the program. For example, a statement that identifies a name, specifies what the name represents, and, possibly, assigns it an initial value. *Contrast:* assignment statement; control statement. *See also:* pseudo-instruction.                         (C) 610.12-1990

**declarative language (1)** A nonprocedural language that permits the user to declare a set of facts and to express queries or problems that use these facts. *See also:* command language; interactive language; rule-based language.                         (C) 610.12-1990, 610.13-1993
(2) A programming language that can be understood without reference to the behavior of any particular computer system.                         (C) 610.13-1993

**declared curve (rotating electric machinery)** A characteristic curve of the machine type, as obtained by averaging the results of testing four to ten machines, of which at least two shall have had a type test.                         (PE) 11-1980r

**declination rate of ON-state current (thyristor)** Average rate of declination or fall of ON-state current measured from 50 percent IF to 0.                         (IA) 428-1981w

**declinometer (navigation aid terms)** An instrument for measuring magnetic declination.                         (AE) 172-1983w

**decode (1)** To produce a single output signal from each combination of a group of input signals. *See also:* matrix; translate.                         (C) 162-1963w
(2) **(data management)** To convert data by reversing the effect of previous encoding. *Contrast:* encode.                         (C) 610.5-1990

**decoder (1) (electronic computation)** A matrix of logic elements that selects one or more output channels according to the combination of input signals present.                         (C) [20], [85]
(2) **(telecommunications)** A device that performs decoding.                         (COM) 1007-1991
(3) **(data management)** A device or system that decodes data. *Contrast:* encoder.                         (C) 610.5-1990
(4) **(A)** A device that has a number of input lines such that any number may carry signals and a number of output lines such that no more than one at a time may carry a signal. *Note:* the combination of input signals serves as a code to indicate which output line carries the signal. *Synonyms:* decoder matrix; many-to-one decoder. **(B)** A device that can decode data.                         (C) 610.10-1994

**decoder matrix** *See:* decoder.

**decoding** Decoding is the translation from the coded set of bits (coded character) to the original set of bits (character) *See also:* coding.                         (BA/C) 1355-1995

**decollate (1)** To divide the items in a set into unique subsets. *Contrast:* collate.                         (C) 610.5-1990
(2) To separate the parts of a multipart form, often by means of a device called a decollator. *Synonym:* deleave. *See also:* burst.                         (C) 610.10-1994

**decompile** To translate a compiled computer program from its machine language version into a form that resembles, but may not be identical to, the original high-order language program. *Contrast:* compile.                         (C) 610.12-1990

**decompiler (1)** A software tool that decompiles computer programs.                         (C) 610.12-1990
(2) A software component that takes one or more compiled Forth commands and generates the equivalent text representation for those commands.                         (BA/C) 1275-1994

**decomposition potential (decomposition voltage)** The minimum potential (excluding IR drop) at which an electrochemical process can take place continuously at an appreciable rate. *See also:* electrochemistry.                         (EEC/PE) [119]

**decorrelation distance** The direction-dependent distance over which the mutual coherence function falls to $1/e$ of its maximum value.                         (AP) 211-1990

**decorrelation time** The time required for the mutual coherence function to decay to $1/e$ of its maximum value.                         (AP) 211-1990

**decoupled architecture** A computer architecture in which a program is divided into two or more instruction streams, and a number of processors cooperate in the execution of the task.                         (C) 610.10-1994

**decoupling (1)** The reduction of coupling. *See also:* coupling.                         (EEC/PE) [119]
(2) **(software)** The process of making software modules more independent of one another to decrease the impact of changes to, and errors in, the individual modules. *See also:* coupling.                         (C) 610.12-1990

**decoupling network** Electrical circuit for the purpose of preventing an electrical fast transient (EFT) signal applied to the equipment under test (EUT) from affecting other devices, equipment or systems that are not under test *See also:* back filter.                         (PE/PSPD) C62.45-1992

**decrement (1) (test-pattern language)** The action of reducing the arithmetic value of a counter by one.                         (C/TT) 660-1986w
(2) **(A) (mathematics of computing)** The quantity by which a variable is decreased. **(B) (mathematics of computing)** To decrease the value of a variable. *Contrast:* increment.
**(C) (mathematics of computing)** To decrease the value of a variable by one. *Contrast:* increment.                         (C) 1084-1986w
(3) **(A)** To decrease the value of a variable. **(B)** To decrease the value of a variable by one. *Contrast:* increment.                         (C) 610.10-1994

**decremental energy cost** The c duction of electric energy be

**decrement factor (safety in a** justment factor used in conj rical ground fault current grounding calculations. It al square (rms) equivalent of tl a given fault duration, accou rect-current (dc) offset and i

**dectra (navigation aid terms)** frequency (lf) radio navigati continuous wave (cw) trans center lines of both pairs ar the same great circle path, tc and adjacent to the great circl be indicated by synchronize from each pair.

**dedicated cable** A cable contai tric power station. It is insta potential rise (GPR) above a rms), and will have a core suitable to withstand worst f

**dedicated circuit** *See:* leased c

**dedicated line** *See:* leased line.

**dedicated computer** A specia used exclusively for one pur processing system or a numer tooling.

**dedicated service** A CSMA/CI domain consists of two and network bandwidth is dedica formation between them.

**dedicated word processing** W system used exclusively for t word processing; shared-log source word processing; stan

**de-emphasis (1) (data transmi** frequency characteristic com emphasis earlier in the syster
(2) **(post emphasis) (post** amplitude-frequency charact used for pre-emphasis earlie emphasis.

**de-emphasis network** A netwo to restore the pre-emphasized inal form.

**de-energize (relay)** To discon source.

**de-energized** Free from any ele potential difference and fron potential different from that used only with reference to sometimes energized (alive).                         (NESC/PE/T&D) 1(

**deep-bar rotor** A squirrel-cage winding that is narrow and de secondary resistance, large at speed rises. *See also:* rotor.

**deep space (communication sa** the earth approximately equal between the earth and the mo

**deep space instrumentation f** lite) A ground network of wor (earth terminals) maintained to and from lunar and inter space probes. Each earth termi