# EXHIBIT I

# COLLINS ENGLISH DICTIONARY

HarperCollins Publishers
PO Box, Glasgow G4 0NB

First Edition 1979
Second Edition 1986
Third Edition 1991
Third Edition Update 1994

© HarperCollins Publishers 1979, 1986, 1991, 1994

Standard Edition
ISBN 0 00 470678 4
Thumb-indexed Edition
ISBN 0 00 433286 7
Library Edition
ISBN 0 00 470679 2

This edition prepared in conjunction with Market House Books Ltd., Aylesbury, England
Typeset by Barbers Ltd., Wrotham, England
Printed in Great Britain by HarperCollins Manufacturing

British Library Cataloguing in Publication Data
Collins English dictionary. — 3rd ed.
1. English language. Dictionaries
423.20

HarperCollinsPublishers

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission of the publisher. This book is sold subject to the conditions that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser.

Entered words that we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor absence of such designation should be regarded as affecting the legal status of any trademark.

*3rd ed.*

*1994*

HarperCollins Publishers
PO Box, Glasgow G4 0NB

First Edition 1979
Second Edition 1986
Third Edition 1991
**Third Edition Updated 1994**

© HarperCollins Publishers 1979, 1986, 1991, 1994

Standard Edition          ISBN 0 00 470678-1
Thumb-indexed Edition     ISBN 0 00 470677-3
Luxury Edition            ISBN 0 00 470676-5

This edition prepared in conjunction with Market House Books Ltd., Aylesbury, England
Typeset by Barbers Ltd., Wrotham, England
Printed in Great Britain by HarperCollins Manufacturing

British Library Cataloguing in Publication Data
Collins English dictionary. — 3rd ed.
1. English language. Dictionaries
423.20

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission of the publisher. This book is sold subject to the conditions that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser.

Entered words that we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor absence of such designation should be regarded as affecting the legal status of any trademark.

se 2:15-cv-00162-HCM-LRL   Document 53-9   Filed 12/23/15   Page 4 of 4 PageID# 1411

ment) low-cut. **2.** wearing a low-cut garment. [C19: from French *décolleter* to cut out the neck (of a dress), from *collet* collar]

**decolonize** *or* **decolonise** (diːˈkɒləˌnaɪz) *vb.* (*tr.*) to grant independence to (a colony). —**deˌcoloniˈzation** *or* **deˌcoloniˈsation** *n.*

**decolorant** (diːˈkʌlərənt) *adj.* **1.** able to decolour or bleach. ~*n.* **2.** a substance that decolours.

**decolour** (diːˈkʌlə), **decolorize**, *or* **decolorise** *vb.* (*tr.*) to deprive of colour, as by bleaching. —**deˌcolorˈation** *n.* —**deˌcoloriˈzation** *or* **deˌcoloriˈsation** *n.*

**decommission** (ˌdiːkəˈmɪʃən) *vb.* (*tr.*) **1.** to dismantle (an industrial plant or a nuclear reactor that is no longer required for use) to an extent such that it can be safely abandoned. **2.** to remove (a warship or military aircraft) from service.

**decompensation** (diːˌkɒmpenˈseɪʃən) *n. Pathol.* inability of an organ, esp. the heart, to maintain its function due to overload caused by a disease.

**decompose** (ˌdiːkəmˈpəʊz) *vb.* **1.** to break down (organic matter) or (of organic matter) to be broken down into constituent elements by bacterial or fungal action; rot. **2.** *Chem.* to break down or cause to break down into simpler chemical compounds. **3.** to break up or separate into constituent parts. **4.** (*tr.*) *Maths.* to express in terms of a number of independent simpler components, as a set as a canonical union of disjoint subsets, or a vector into orthogonal components. —ˌ**decomˈposable** *adj.* —ˌ**decomˌposaˈbility** *n.* —**decomposition** (ˌdiːkɒmpəˈzɪʃən) *n.*

**decomposer** (ˌdiːkəmˈpəʊzə) *n. Ecology.* any organism in a community, such as a bacterium or fungus, that breaks down dead tissue into its constituent parts. See also **consumer** (sense 3), **producer** (sense 7).

**decompound** (ˌdiːkəmˈpaʊnd) *adj.* **1.** (of a compound leaf) having leaflets consisting of several distinct parts. **2.** made up of one or more compounds. ~*vb.* **3.** a less common word for **decompose**. **4.** *Obsolete.* to mix with or form from one or more compounds.

**decompress** (ˌdiːkəmˈprɛs) *vb.* **1.** to relieve (a substance) of pressure or (of a substance) to be relieved of pressure. **2.** to return (a diver, caisson worker, etc.) to a condition of normal atmospheric pressure from a condition of increased pressure or (of a diver, etc.) to be returned to such a condition. —ˌ**decomˈpression** *n.* —ˌ**decomˈpressive** *adj.*

**decompression chamber** *n.* a chamber in which the pressure of air can be varied slowly for returning people from abnormal pressures to atmospheric pressure without inducing decompression sickness.

**decompression sickness** *or* **illness** *n.* a disorder characterized by severe pain in muscles and joints, cramp, and difficulty in breathing, caused by a sudden and sustained decrease in air pressure. Also called: **caisson disease, aeroembolism.** Nontechnical name: **the bends.**

**decongestant** (ˌdiːkənˈdʒɛstənt) *adj.* **1.** relieving congestion, esp. nasal congestion. ~*n.* **2.** a decongestant drug.

**deconsecrate** (diːˈkɒnsɪˌkreɪt) *vb.* (*tr.*) to transfer (a church) to secular use. —**deˌconseˈcration** *n.*

**deconstruct** (ˌdiːkənˈstrʌkt) *vb.* (*tr.*) **1.** to apply the theories of deconstruction to (a text, film, etc.). **2.** to expose or dismantle the existing structure in (a system, organization, etc.).

**deconstruction** (ˌdiːkənˈstrʌkʃən) *n.* a technique of literary analysis that regards meaning as resulting from the differences between words rather than their reference to the things they stand for. Different meanings are discovered by taking apart the structure of the language used and exposing the assumption that words have a fixed reference point beyond themselves.

**decontaminate** (ˌdiːkənˈtæmɪˌneɪt) *vb.* (*tr.*) to render (an area, building, object, etc.) harmless by the removal, distribution, or neutralization of poisons, radioactivity, etc. —ˌ**deconˈtaminant** *n.* —ˌ**deconˌtamiˈnation** *n.* —ˌ**deconˈtaminative** *adj.* —ˌ**deconˈtamiˌnator** *n.*

**decontrol** (ˌdiːkənˈtrəʊl) *vb.* **-trols, -trolling, -trolled.** (*tr.*) to free of restraints or controls, esp. government controls: *to decontrol prices.*

**décor** *or* **decor** (ˈdeɪkɔː) *n.* **1.** a style or scheme of interior decoration, furnishings, etc., as in a room or house. **2.** stage decoration; scenery. [C19: from French, from *décorer* to DECORATE]

**decorate** (ˈdɛkəˌreɪt) *vb.* (*tr.*) **1.** to make more attractive by adding ornament, colour, etc. **2.** to paint or wallpaper (a room, house, etc.). **3.** (*tr.*) to confer a mark of distinction, esp. a military medal, upon. **4.** (*tr.*) to evaporate a metal film onto (a crystal) in order to display dislocations in structure. [C16: from Latin *decorāre*, from *decus* adornment; see DECENT]

**Decorated style** *or* **architecture** *n.* a 14th-century style of English architecture characterized by the ogee arch, geometrical tracery, and floral decoration.

**decoration** (ˌdɛkəˈreɪʃən) *n.* **1.** an addition that renders something more attractive or ornate; adornment. **2.** the act, process, or art of decorating. **3.** a medal, badge, etc., conferred as a mark of honour.

**decorative** (ˈdɛkərətɪv, ˈdɛkrətɪv) *adj.* serving to decorate or adorn; ornamental. —ˈ**decoratively** *adv.* —ˈ**decorativeness** *n.*

**decorator** (ˈdɛkəˌreɪtə) *n.* **1.** *Brit.* a person whose profession is the painting and wallpapering of buildings. **2.** a person who decorates. **3.** See **interior decorator** (sense 1).

**decorous** (ˈdɛkərəs) *adj.* characterized by propriety in manners, conduct, etc. [C17: from Latin *decōrus*, from *decor* elegance] —ˈ**decorously** *adv.* —ˈ**decorousness** *n.*

**decorticate** (diːˈkɔːtɪˌkeɪt) *vb.* (*tr.*) to remove the bark or some other outer layer from. **2.** *Surgery.* to remove the cortex of (an organ or part). [C17: from Latin *decorticāre*, from DE- + *corticāre*, from *cortex* bark] —**deˌcortiˈcation** *n.* —**deˈcortiˌcator** *n.*

**decorum** (dɪˈkɔːrəm) *n.* **1.** propriety, esp. in behaviour or conduct. **2.** a requirement of correct behaviour in polite society. [C16: from Latin: propriety]

**decoupage** (ˌdeɪkuːˈpɑːʒ) *n.* **1.** the art or process of decorating a surface with shapes or illustrations cut from paper, card, etc. **2.** anything produced by this technique. [C20: from French, from *découper* to cut out, from DE- + *couper* to cut]

**decouple** (ˌdiːˈkʌpᵊl) *vb.* (*tr.*) to separate (joined or coupled subsystems) thereby enabling them to exist and operate separately.

**decoupling** (diːˈkʌplɪŋ) *n. Electronics.* the reduction or avoidance of undesired distortion or oscillations in a circuit, caused by unwanted common coupling between two or more circuits.

**decoy** *n.* (ˈdiːkɔɪ, dɪˈkɔɪ). **1.** a person or thing used to beguile or lead someone into danger; lure. **2.** *Military.* something designed to deceive an enemy or divert his attention. **3.** a bird or animal, or an image of one, used to lure game into a trap or within shooting range. **4.** an enclosed space or large trap, often with a wide funnelled entrance, into which game can be lured for capture. ~*vb.* (dɪˈkɔɪ). **5.** to lure or be lured by or as if by means of a decoy. [C17: probably from Dutch *de kooi*, literally: the cage, from Latin *cavea* CAGE] —**deˈcoyer** *n.*

**decrease** *vb.* (dɪˈkriːs). **1.** to diminish or cause to diminish in size, number, strength, etc. ~*n.* (ˈdiːkriːs, dɪˈkriːs). **2.** the act or process of diminishing; reduction. **3.** the amount by which something has been diminished. [C14: from Old French *descreistre*, from Latin *dēcrēscere* to grow less, from DE- + *crescere* to grow] —**deˈcreasingly** *adv.*

**decree** (dɪˈkriː) *n.* **1.** an edict, law, etc., made by someone in authority. **2.** an order or judgment of a court made after hearing a suit, esp. in matrimonial proceedings. See **decree nisi, decree absolute.** ~*vb.* **decrees, decreeing, decreed.** **3.** to order, adjudge, or ordain by decree. [C14: from Old French *decre*, from Latin *dēcrētum* ordinance, from *dēcrētus* decided, past participle of *dēcernere* to determine; see DECERN] —**deˈcreeable** *adj.* —**deˈcreer** *n.*

**decree absolute** *n.* the final decree in divorce proceedings, which leaves the parties free to remarry. Compare **decree nisi.**

**decree nisi** (ˈnaɪsaɪ) *n.* a provisional decree, esp. in divorce proceedings, which will later be made absolute unless cause is shown why it should not. Compare **decree absolute.**

**decreet** (dɪˈkriːt) *n. Scots Law.* the final judgment or sentence of a court. [C14 *decret:* from Old French, from Latin *dēcrētum* DECREE]

**decrement** (ˈdɛkrɪmənt) *n.* **1.** the act of decreasing; diminution. **2.** *Maths.* a negative increment. **3.** *Physics.* a measure of the damping of an oscillator, expressed by the ratio of the amplitude of a cycle to its amplitude after one period. [C17: from Latin *dēcrēmentum*, from *dēcrescere* to DECREASE]

**decrepit** (dɪˈkrɛpɪt) *adj.* **1.** enfeebled by old age; infirm. **2.** broken down or worn out by hard or long use; dilapidated. [C15: from Latin *dēcrepitus*, from *crepāre* to creak] —**deˈcrepitly** *adv.* —**deˈcrepiˌtude** *n.*

**decrepitate** (dɪˈkrɛpɪˌteɪt) *vb.* (*tr.*) to heat (a substance, such as a salt) until it emits a crackling sound or until this sound stops. **2.** (*intr.*) (esp. of a salt) to crackle, as while being heated. [C17: from New Latin *dēcrepitāre*, from Latin *crepitāre* to crackle, from *crepāre* to creak] —**deˌcrepiˈtation** *n.*

**decresc.** *Music.* abbrev. for **decrescendo.**

**decrescendo** (ˌdiːkrɪˈʃɛndəʊ) *n., adj.* another word for **diminuendo.** [Italian, from *decrescere* to DECREASE]

**decrescent** (dɪˈkrɛsənt) *adj.* (esp. of the moon) decreasing; waning. [C17: from Latin *dēcrēscēns* growing less; see DECREASE] —**deˈcrescence** *n.*

**decretal** (dɪˈkriːtᵊl) *n.* **1.** *R.C. Church.* a papal edict on doctrine or church law. ~*adj.* **2.** of or relating to a decretal or a decree. [C15: from Old French, from Late Latin *dēcrētālis*; see DECREE] —**deˈcretalist** *n.*

**Decretals** (dɪˈkriːtᵊlz) *pl. n. R.C. Church.* a compilation of decretals, esp. the authoritative compilation (**Liber Extra**) of Gregory IX (1234) which forms part of the Corpus Juris Canonici.

**Decretum** (dɪˈkriːtəm) *n. R.C. Church.* the name given to various collections of canon law, esp. that made by the monk Gratian in the 12th century, which forms the first part of the Corpus Juris Canonici.

**decriminalize** *or* **decriminalise** (diːˈkrɪmɪnᵊˌlaɪz) *vb.* (*tr.*) to remove (an action) from the legal category of criminal offence: *to decriminalize the possession of marijuana.* —ˌ**decriminaliˈzation** *or* ˌ**decriminaliˈsation** *n.*

**decry** (dɪˈkraɪ) *vb.* **-cries, -crying, -cried.** (*tr.*) **1.** to express open disapproval of; disparage. **2.** to depreciate by proclamation: *to decry obsolete coinage.* [C17: from Old French *descrier*, from *des-* DIS-¹ + *crier* to CRY] —**deˈcrial** *n.* —**deˈcrier** *n.*

**decrypt** (diːˈkrɪpt) *vb.* (*tr.*) **1.** to decode (a message) with or without previous knowledge of its key. **2.** to make intelligible (a television or other signal) that has been deliberately distorted for transmission. [C20: from DE- + *crypt*, as in CRYPTIC] —**deˈcrypted** *adj.* —**deˈcryption** *n.*

**decubitus** (dɪˈkjuːbɪtəs) *n. Med.* the posture adopted when lying down. [C19: Latin, past participle of *decumbere* to lie down] —**deˈcubital** *adj.*

**decubitus ulcer** *n.* a chronic ulcer of the skin and underlying tissues caused by prolonged pressure on the body surface of bedridden patients. Nontechnical names: **bedsore, pressure sore.**

**decumbent** (dɪˈkʌmbənt) *adj.* **1.** lying down or lying flat. **2.** *Botany.* (of certain stems) lying flat with the tip growing upwards. [C17: from Latin *decumbēns*, present participle of *decumbere* to lie down] —**deˈcumbence** *or* **deˈcumbency** *n.* —**deˈcumbently** *adv.*

**decuple** (ˈdɛkjʊpᵊl) *vb.* (*tr.*) **1.** to increase by ten times. ~*n.* **2.** an amount ten times as large as a given reference. ~*adj.* **3.** increasing tenfold. [C15: from Old French, from Late Latin *decuplus* tenfold, from Latin *decem* ten]

**decurion** (dɪˈkjʊərɪən) *n.* (in the Roman Empire) **1.** a local councillor. **2.** the commander of a troop of ten cavalrymen. [C14: from Latin *decuriō*, from *decuria* company of ten, from *decem* ten]